## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIE, individually and on behalf of
all others similarly situated; JENNIE THOMPSON,
individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

FLORIDA CRYSTALS CORPORATION,
a Delaware corporation;
SUGAR CANE GROWERS COOPERATIVE OF FLORIDA,
a Florida not for profit corporation;
UNITED STATES SUGAR CORPORATION,
a Delaware Corporation
FLO-SUN INCORPORATED, a Florida corporation;
AMERICAN SUGAR REFINING, INC.,
a Delaware corporation
OKEELANTA CORPORATION, a Delaware corporation;
OSCEOLA FARMS, a Florida corporation;
SUGARLAND HARVESTING CO.,
a Florida not for profit corporation,
TRUCANE SUGAR CORPORATION,
a Florida corporation; INDEPENDENT
HARVESTING, INC., a Florida corporation;
KING RANCH, INC., a Delaware corporation;
J & J AG PRODUCTS, INC., a Florida corporation;
and DOES 1-50;

    Defendants.
_____/

Case No. 9:19-cv-80730-DMM
CLASS ACTION
Jury Trial Demanded

## **NOTICE OF ENTRY OF PARTIES**

Plaintiff identifies the following additional Defendants:

    DOES 1-50

Dated this 4th day of June, 2019.

        **THE BERMAN LAW GROUP**

        *Attorneys for Plaintiff*
        P.O. Box 272789
        Boca Raton, FL 33427
        Telephone: (561) 826-5200
        Fax: (561) 826-5201

        By: \_\_\_\_/s/ Zachary West\_\_\_\_
            Joseph Schulz, Esq.
            Fla. Bar No. 660620
            Primary: service@thebermanlawgroup.com
            Secondary: jschulz@thebermanlawgroup.com

            Zachary West, Esq.
            Fla. Bar No. 71134
            Primary: service@thebermanlawgroup.com
            Secondary: zwest@thebermanlawgroup.com