UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Rodney Smith**

*Graham v. Department of Corrections,* Case No. 18-81005-CV-DMM
*Powell-Marcello v. Palm Beach County Florida,* Case No. 18-81302-CV-DMM
*Certain Underwriters at Lloyds v. Lanka Marine,* Case No. 18-81541-CV-DMM
*Mt. Hawley Ins. Co. v. Boca Bayou Condo. Assn.,* Case No. 18-81656-CV-DMM
*Steeda Autosports LLC v. UPR Products Inc.,* Case No. 19-80103-CV-DMM
*Smith v. Armor Corrections Medical Dir. et al,* Case No. 19-80248-CV-DMM
*Tidwell v. Maha and Haifa, Inc.,* Case No. 19-80259-CV-DMM
*Mortland v. VSBV, Inc.,* Case No. 19-80289-CV-DMM
*Baccari v. Inch,* Case No. 19-80334-CV-DMM
*WGST, Inc. v. United States of America,* Case No. 19-80415-CV-DMM
*Dener v. Whirlpool Corp.,* Case No. 19-80440-CV-DMM
*Levinson v. Planet Fitness Franchising,* Case No. 19-80453-CV-DMM
*Wright v. Nike Retail Services, Inc.,* Case No. 19-80487-CV-DMM
*Tillman v. American Security Ins. Co.,* Case No. 19-80576-CV-DMM
*Leal v. Van Dell Jewelers of Royal Palm Beach,* Case No. 19-80580-CV-DMM
*Rivera v. Autonation Imports of Palm Beach Inc.,* Case No. 19-80614-CV-DMM
*Gentile v. CMRE Financial Services, Inc.,* Case No. 19-80669-CV-DMM
*Cohan v. Yamato 5-Spice Asian Street Market LLC,* Case No. 19-80675-CV-DMM
*Vogel et al v. National Specialty Ins. Co.,* Case No. 19-80696-CV-DMM
*Coffie et al v. Florida Crystals Corp. et al,* Case No. 19-80730-CV-DMM

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Rodney Smith.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida   (See Internal Operating Procedures, Section 2.05.03 -2.05.04).

It is hereby ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Rodney Smith** as of 6/17/19 for all further proceedings.

It is further ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by District Judge Rodney Smith.

It is further ORDERED all deadlines will REMAIN IN EFFECT unless altered by District Judge Rodney Smith.

It is further ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials **RS**.

**DONE and ORDERED** at West Palm Beach, Florida, in Chambers, this 17 day of June, 2019.

Donald M. Middlebrooks
United States District Judge

c: All counsel of record/pro se parties

2