UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIE, ELIJAH SMITH, and
SHANTE LEGRAND, each individually and on behalf of all others similarly situated;

    Plaintiffs,

vs.

FLORIDA CRYSTALS CORPORATION,
a Delaware corporation;
SUGAR CANE GROWERS COOPERATIVE OF FLORIDA,
a Florida not for profit corporation;
UNITED STATES SUGAR CORPORATION,
a Delaware Corporation
FLO-SUN INCORPORATED, a Florida corporation;
AMERICAN SUGAR REFINING, INC.,
a Delaware corporation
OKEELANTA CORPORATION, a Delaware corporation;
OSCEOLA FARMS, a Florida corporation;
SUGARLAND HARVESTING CO.,
a Florida not for profit corporation,
TRUCANE SUGAR CORPORATION,
a Florida corporation; INDEPENDENT
HARVESTING, INC., a Florida corporation;
KING RANCH, INC., a Delaware corporation;
J & J AG PRODUCTS, INC., a Florida corporation;
and DOES 1-50;

    Defendants.
_____/

Case No. 9:19-cv-80730-RS-MM
CLASS ACTION
Jury Trial Demanded

**SUMMONS IN A CIVIL ACTION**

To:   **UNITED STATES SUGAR CORPORATION**
      c/o LUKE KURTZ, as Registered Agent
      111 PONCE DE LEON AVENUE
      CLEWISTON, FL 33440

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an

answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Schulz, Esq.
Zachary West, Esq.
THE LAW OFFICES OF
BERMAN & BERMAN, P.A.
Post Office Box 272789
Boca Raton, Florida 33427
Telephone: (561) 826-5200
Facsimile:  (561) 826-5201
service@thebermanlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Dated:_____                        _____
                                          CLERK OR DEPUTY CLERK