**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 9:19-CV-80730-RS-MM

Plaintiffs,:
**CLOVER COFFIE, ELIJAH SMITH, and SHANTE LEGRAND, each individually and on behalf of all others similarly situated;**

vs.

Defendants,:
**FLORIDA CRYSTALS CORPORATION, a Delaware corporation; SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, a Florida not for profit corporation; UNITED STATES SUGAR CORPORATION, a Delaware Corporation FLO-SUN INCORPORATED, a Florida corporation; AMERICAN SUGAR REFINING, INC., a Delaware corporation OKEELANTA CORPORATION, a Delaware corporation; OSCEOLA FARMS, a Florida corporation; SUGARLAND HARVESTING CO., a Florida not for profit corporation, TRUCANE SUGAR CORPORATION, a Florida corporation;  et al.**

For:
Zachary West, Esq.
The Berman Law Group
805 Northwest 13th Street
Suite D
Gainesville, FL 32601

Received by Orange Legal, Inc. on the 29th day of August, 2019 at 9:00 am to be served on **American Sugar Refining, Inc. c/o Armando A. Tabernilla, RA, One North Clematis Street, Suite 200, West Palm Beach, FL 33401**.

I, Truong "June" Nguyen, being duly sworn, depose and say that on the **4th day of September, 2019** at **11:00 am, I**:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, First Amended Class Action Complaint, and Order to, Flo-Sun Incorporated** with the date and hour of service endorsed thereon by me, to: **Dolly Davis** as **Litigation Counsel** for **American Sugar Refining, Inc.**, at the address of: **One North Clematis Street, Suite 200, West Palm Beach, FL 33401**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 150, Hair: Dark Brown, Glasses: Y

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of eighteen, have no interest in the above action and am a Certified Process Server in good standing in the circuit in which service was effected in accordance with State Statutes.

Truong "June" Nguyen
CPS# 1442

Orange Legal, Inc.
633 East Colonial Drive
Orlando, FL 32803
(407) 898-4200

Our Job Serial Number: WPS-2019015400
Ref: 589129

Subscribed and Sworn to before me on the 4th day of September, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC



JESSICA OAKLEY
Notary Public · State of Florida
Commission # GG 358972
My Comm. Expires Sep 9, 2023
Bonded through National Notary Assn.

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIE, ELIJAH SMITH, and
SHANTE LEGRAND, each individually and on behalf of all others similarly situated;

      Plaintiffs,

vs.

FLORIDA CRYSTALS CORPORATION,
a Delaware corporation;
SUGAR CANE GROWERS COOPERATIVE OF FLORIDA,
a Florida not for profit corporation;
UNITED STATES SUGAR CORPORATION,
a Delaware Corporation
FLO-SUN INCORPORATED, a Florida corporation;
AMERICAN SUGAR REFINING, INC.,
a Delaware corporation
OKEELANTA CORPORATION, a Delaware corporation;
OSCEOLA FARMS, a Florida corporation;
SUGARLAND HARVESTING CO.,
a Florida not for profit corporation,
TRUCANE SUGAR CORPORATION,
a Florida corporation; INDEPENDENT
HARVESTING, INC., a Florida corporation;
KING RANCH, INC., a Delaware corporation;
J & J AG PRODUCTS, INC., a Florida corporation;
and DOES 1-50;

      Defendants.
_____/

Case No. 9:19-cv-80730-RS-MM
CLASS ACTION
Jury Trial Demanded

**SUMMONS IN A CIVIL ACTION**

To:    **AMERICAN SUGAR REFINING, INC.**
         c/o ARMANDO A. TABERNILLA, as Registered Agent
         ONE NORTH CLEMATIS ST, SUITE 200
         WEST PALM BEACH, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an

answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Joseph Schulz, Esq.
>Zachary West, Esq.
>THE LAW OFFICES OF
>BERMAN & BERMAN, P.A.
>Post Office Box 272789
>Boca Raton, Florida 33427
>Telephone: (561) 826-5200
>Facsimile:   (561) 826-5201
>service@thebermanlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: Aug 29, 2019



Angela E. Noble
Clerk of Court

SUMMONS

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts