## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 9:19-CV-80730-RS-MM

Plaintiff:
CLOVER COFFIE, ELIJAH SMITH, SHANTE LEGRAND, each individually and on behalf of all others similarly situated,
vs.

Defendant:
FLORIDA CRYSTALS CORPORATION, a Delaware corporation, et al.,

For:
The Law Offices of Berman & Berman, P.A.


CPA2019008394

Received by Orange Legal Solutions Support on the 29th day of August, 2019 at 3:46 pm to be served on **INDEPENDENT HARVESTING, INC. C/O ROY D. LUNDY, JR., REGISTERED AGENT, 305 S. COUNTY ROAD 720 E, MOORE HAVEN, Glades County, FL 33471**.

I, Edwin Cintron, being duly sworn, depose and say that on the **2nd day of September, 2019** at **9:45 am**, I:

Served the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, First AmendedClass Action Complaint and Order to, United States Sugar Corporation,as directed.** with the date and hour of service endorsed thereon by me at an address of: **1221 WEST COUNTY ROAD 720, MOORE HAVEN, Glades County, FL 33471** to **SANDRA LUNDY** as **SPOUSE OF ROY D. LUNDY, REGISTERED AGENT** of the within named corporation by substitute service at the place of residence in compliance with **FS 48.081(3)(b)**.

**Additional Information pertaining to this Service:**
8/30/2019 11:58 am Attempted service at 305 S. COUNTY ROAD 720 E, MOORE HAVEN, FL 33471, no such address, the addresses are 4 digit, the Research indicates that the Registered Agent lives at "1221 CR W 720, Moore Haven".
8/30/2019 12:05 pm Attempted service at 1221 WEST COUNTY ROAD 720, MOORE HAVEN, FL 33471, location is a residence, gate locked, no answer to horn, no cars.

**Description** of Person Served: Age: 63, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 140, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Twentieth Judicial Circuit of Florida, in which the process was served. Signed in the State of **FLORIDA**. **"Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true."** F.S. 92.525. Notary not required.

Subscribed and Sworn to before me on the the 3rd day of September, 2019 by the affiant who is personally known to me or produced _____ as identification.

NOTARY PUBLIC

CHERYL PARKER AVERILL
Commission # GG 319311
Expires August 3, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

**Edwin Cintron**
CPS #90021

**Orange Legal Solutions Support**
633 E. Colonial Drive
Orlando, FL 32803
(407) 898-4200

Our Job Serial Number: CPA-2019008394
Ref: 589099

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIE, ELIJAH SMITH, and
SHANTE LEGRAND, each individually and on behalf of all others similarly situated;

      Plaintiffs,

vs.

FLORIDA CRYSTALS CORPORATION,
a Delaware corporation;
SUGAR CANE GROWERS COOPERATIVE OF FLORIDA,
a Florida not for profit corporation;
UNITED STATES SUGAR CORPORATION,
a Delaware Corporation
FLO-SUN INCORPORATED, a Florida corporation;
AMERICAN SUGAR REFINING, INC.,
a Delaware corporation
OKEELANTA CORPORATION, a Delaware corporation;
OSCEOLA FARMS, a Florida corporation;
SUGARLAND HARVESTING CO.,
a Florida not for profit corporation,
TRUCANE SUGAR CORPORATION,
a Florida corporation; INDEPENDENT
HARVESTING, INC., a Florida corporation;
KING RANCH, INC., a Delaware corporation;
J & J AG PRODUCTS, INC., a Florida corporation;
and DOES 1-50;

      Defendants.
_____/

Case No. 9:19-cv-80730-RS-MM
CLASS ACTION
Jury Trial Demanded

## **SUMMONS IN A CIVIL ACTION**

To:    **INDEPENDENT HARVESTING, INC.**
        c/o ROY D. LUNDY, JR, as Registered Agent
        305 S COUNTY RD 720 SE
        MOORE HAVEN, FL 33471

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an

answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Schulz, Esq.
Zachary West, Esq.
THE LAW OFFICES OF
BERMAN & BERMAN, P.A.
Post Office Box 272789
Boca Raton, Florida 33427
Telephone: (561) 826-5200
Facsimile: (561) 826-5201
service@thebermanlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: Aug 29, 2019 _____



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts