## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 9:19-CV-80730-RS-MM

Plaintiff:
**CLOVER COFFIE, ELIJAH SMITH, SHANTE LEGRAND, each individually and on behalf of all others similarly situated,**

vs.

Defendant:
**FLORIDA CRYSTALS CORPORATION, a Delaware corporation, et al.,**



CPA2019008396

For:
The Law Offices of Berman & Berman, P.A.

Received by Orange Legal Solutions Support on the 29th day of August, 2019 at 3:46 pm to be served on **UNITED STATES SUGAR CORPORATION C/O LUKE KURTZ, REGISTERED AGENT, 111 PONCE DE LEON AVENUE, CLEWISTON, Hendry County, FL 33440.**

I, Edwin Cintron, being duly sworn, depose and say that on the **30th day of August, 2019** at **11:22 am**, I:

Served the within named **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, First AmendedClass Action Complaint and Order to, United States Sugar Corporation,as directed.** with the date and hour of service endorsed thereon by me, to **JODI RUSH, LEGAL ASSISTANT TO LUKE KURTZ** as **REGISTERED AGENT** of the within named **DEFENDANT ENTITY** at their address of: **111 PONCE DE LEON AVENUE, CLEWISTON, Hendry County, FL 33440**, in compliance with State Statutes and informing said person of the contents thereof.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 125, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Twentieth Judicial Circuit of Florida, in which the process was served. Signed in the State of **FLORIDA**. **"Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." F.S. 92.525.** Notary not required.

Subscribed and Sworn to before me on the the 3rd day of September, 2019 by the affiant who is ___ personally known to me or produced _____ as identification.

_____
NOTARY PUBLIC

CHERYL PARKER AVERILL
Commission # GG 319311
Expires August 3, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

_____
Edwin Cintron
CPS #90021

Orange Legal Solutions Support
633 E. Colonial Drive
Orlando, FL 32803
(407) 898-4200

Our Job Serial Number: CPA-2019008396
Ref: 589118

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIE, ELIJAH SMITH, and
SHANTE LEGRAND, each individually and on behalf of all others similarly situated;

   Plaintiffs,

vs.

FLORIDA CRYSTALS CORPORATION,
a Delaware corporation;
SUGAR CANE GROWERS COOPERATIVE OF FLORIDA,
a Florida not for profit corporation;
UNITED STATES SUGAR CORPORATION,
a Delaware Corporation
FLO-SUN INCORPORATED, a Florida corporation;
AMERICAN SUGAR REFINING, INC.,
a Delaware corporation
OKEELANTA CORPORATION, a Delaware corporation;
OSCEOLA FARMS, a Florida corporation;
SUGARLAND HARVESTING CO.,
a Florida not for profit corporation,
TRUCANE SUGAR CORPORATION,
a Florida corporation; INDEPENDENT
HARVESTING, INC., a Florida corporation;
KING RANCH, INC., a Delaware corporation;
J & J AG PRODUCTS, INC., a Florida corporation;
and DOES 1-50;

   Defendants.
_____/

Case No. 9:19-cv-80730-RS-MM
CLASS ACTION
Jury Trial Demanded

## SUMMONS IN A CIVIL ACTION

To: **UNITED STATES SUGAR CORPORATION**
  c/o LUKE KURTZ, as Registered Agent
  111 PONCE DE LEON AVENUE
  CLEWISTON, FL 33440

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an

answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joseph Schulz, Esq.
> Zachary West, Esq.
> THE LAW OFFICES OF
> BERMAN & BERMAN, P.A.
> Post Office Box 272789
> Boca Raton, Florida 33427
> Telephone: (561) 826-5200
> Facsimile: (561) 826-5201
> service@thebermanlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: Aug 29, 2019



Angela E. Noble
Clerk of Court

SUMMONS

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts