UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIE, ELIJAH SMITH, and
SHANTE LEGRAND, each individually and on behalf of
all others similarly situated:

        Plaintiffs,          Case No. 9:19-cv-80730-RS-MM
                                                CLASS ACTION

vs.

FLORIDA CRYSTALS CORPORATION, a Delaware
corporation; SUGAR CANE GROWERS COOPERATIVE
OF FLORIDA, a Florida not for profit corporation;
UNITED STATES SUGAR CORPORATION, a Delaware
corporation; FLO-SUN INCORPORATED, a Florida
corporation; AMERICAN SUGAR REFINING, INC., a
Delaware corporation; OKEELANTA CORPORATION, a
Delaware corporation; OSCEOLA FARMS CO., a Florida
corporation; SUGARLAND HARVESTING CO., a Florida
not for profit corporation; TRUCANE SUGAR
CORPORATION, a Florida corporation; INDEPENDENT
HARVESTING, INC., a Florida corporation; KING
RANCH, INC., a Delaware corporation; J & J AG
PRODUCTS, INC., a Florida corporation; and
DOES 1-50;

        Defendants.
_____/

## NOTICE OF APPEARANCE

Jennifer J. Kennedy of the Law Firm of Abbey, Adams, Byelick & Mueller, L.L.P. gives notice of her appearance as Counsel for Defendant, SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, and request that copies of all documents in this proceeding be furnished to her at the address set forth below:

ServiceJKennedy@abbeyadams.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via electronic mail to: Joseph Schulz, Esquire and Zachary West, Esquire of The Berman Law Group at service@thebermanlawgroup.com; jschulz@thebermanlawgroup.com; zwest@thebermanlawgroup.com and to Matthew Moore, Esquire of Matt Moore Law at matthew@mattmoore-law.com on this *13th* day of *September*, 2019.

ABBEY, ADAMS, BYELICK
& MUELLER, L.L.P

JENNIFER J. KENNEDY, ESQUIRE
FBN: 517267
3201 U.S. Highway 19 South, 9th Floor
St. Petersburg, FL 33711-1511
Telephone (727) 821-2080
Facsimile (727) 822-3970
ServiceJKennedy@AbbeyAdams.com
Counsel for Defendant, Sugar Cane Growers
Cooperative of Florida