## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIEE, ELIJAH SMITH, AND SHANTE LEGRAND, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

FLORIDA CRYSTALS CORPORATION et. al.,

    Defendants.
_____/

Case No. 9:19-cv-80730-RS-MM

**FLORIDA CRYSTALS CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Florida Crystals Corporation states as follows as its Corporate Disclosure Statement: Fanjul Corp. is the parent company to Florida Crystals Corporation, and there is no publicly held corporation that owns 10% or more of Florida Crystals Corporation's stock.

Dated:  September 19, 2019

By: */s/ Jennifer A. McLoone*
Jennifer A. McLoone, Esq.
Florida Bar No. 29234
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 S. Biscayne Blvd.
Miami, Florida 33131
Ph: (305) 358-5171
Fax: (305) 358-7470
jmcloone@shb.com

Mark D. Anstoetter, Esq.
*(Pro hac vice forthcoming)*
David Brent Dwerlkotte, Esq.
*(Pro hac vice forthcoming)*
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Ph:   (816) 474 6550
Fax: (816) 421-5547
manstoetter@shb.com
dbdwerlkotte@shb.com

Joseph P. Klock, Jr. Esq.
Florida Bar No. 156678
RASCO KLOCK PEREZ NIETO PL
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 333134
Ph:  (305) 467-711
Fax: (305) 675-7707
jklock@rascoklock.com

David S. Dee, Esq.
Florida Bar No. 281999
GARDNER, BIST, BOWDEN, BUSH,
DEE, LAVIA & WRIGHT, P.A.
1300 Thomaswood Drive
Tallahassee, Florida 32308
Ph:  (850) 385-0070
Fax: (850) 385-5416
ddee@gbwlegal.com

*Counsel for Defendant Florida Crystals Corporation*