UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-80730-RS

CLOVER COFFIE, ELIJAH SMITH, and SHANTE
LEGRAND, each individually and on behalf of all others
similarly situated,

    Plaintiffs,

vs.
                                                                  CLASS ACTION

FLORIDA CRYSTALS CORPORATION,
a Delaware corporation;
SUGAR CANE GROWERS COOPERATIVE OF FLORIDA,
a Florida not for profit corporation;
UNITED STATES SUGAR CORPORATION,
a Delaware Corporation
FLO-SUN INCORPORATED, a Florida corporation;
AMERICAN SUGAR REFINING, INC.,
a Delaware corporation
OKEELANTA CORPORATION, a Delaware corporation;
OSCEOLA FARMS CO., a Florida corporation;
SUGARLAND HARVESTING CO.,
a Florida not for profit corporation,
TRUCANE SUGAR CORPORATION,
a Florida corporation; INDEPENDENT
HARVESTING, INC., a Florida corporation;
KING RANCH, INC., a Delaware corporation;
J & J AG PRODUCTS, INC., a Florida corporation;
and DOES 1-50,

    Defendants.
_____/

**DEFENDANT, UNITED STATES SUGAR CORP.'S
CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant United States Sugar Corporation, hereby states it is a privately held company and there is no parent corporation or any publicly held corporation owning 10% or more if its stock.

*s/ Brian M. McPherson*
Gregor J. Schwinghammer, Jr.
Florida Bar No. 90158
Primary:  gschwinghammer@gunster.com
Secondary:  eservice@gunster.com
Secondary:  jhoppel@gunster.com
Brian M. McPherson
Florida Bar No. 735541
Primary:  bmcpherson@gunster.com
Secondary:  eservice@gunster.com
Secondary:  mjadotte@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone:  561-655-1980
Facsimile:  561-655-5677
*Attorneys for Defendant United States Sugar Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

*/s/ Brian M. McPherson*
BRIAN M. MCPHERSON

**SERVICE LIST**
*Coffie, et al. v. Florida Crystals Corporation, et al.*
Case No. 19-CV-80730-RS

Joseph C. Schultz, Esq.
The Berman Law Group
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Facsimile: (561) 826-5201
Primary E-mail: service@thebermanlawgroup.com
Secondary E-mail: jschulz@thebermanlawgroup.com
*Attorneys for Plaintiffs*

Zachary West, Esq.
The Berman Law Group
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (352) 514-3791
Primary E-mail:
service@thebermanlawgroup.com
Secondary E-mail:
zwest@thebermanlawgroup.com
*Attorneys for Plaintiffs*

Matthew T. Moore, Esq.
Matt Moore Law
330 N. Andrews Avenue, Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 908-7766
Primary Email: matthew@mattmoore-law.com
*Of Counsel for Plaintiffs*

Jennifer J. Kennedy, Esq.
Abbey, Adams, Byelick & Mueller, L.L.P.
3201 U.S. Highway 19 South, 9th Floor
St. Petersburg, FL 33711
Telephone: (727) 821-2080
Facsimile: (727) 822-3970
Email: ServiceJKennedy@AbbeyAdams.com
*Attorneys for Defendant, Sugar Cane Growers Cooperative of Florida*

FTL_ACTIVE 5360744.1