UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-80730-RS

CLOVER COFFIE, ELIJAH SMITH, and SHANTE
LEGRAND, each individually and on behalf of all others
similarly situated,

    Plaintiffs,

vs.

FLORIDA CRYSTALS CORPORATION,
a Delaware corporation;
SUGAR CANE GROWERS COOPERATIVE OF
FLORIDA, a Florida not for profit corporation;
UNITED STATES SUGAR CORPORATION,
a Delaware Corporation
FLO-SUN INCORPORATED, a Florida corporation;
AMERICAN SUGAR REFINING, INC.,
a Delaware corporation
OKEELANTA CORPORATION, a Delaware
corporation;
OSCEOLA FARMS CO., a Florida corporation;
SUGARLAND HARVESTING CO.,
a Florida not for profit corporation,
TRUCANE SUGAR CORPORATION,
a Florida corporation; INDEPENDENT
HARVESTING, INC., a Florida corporation;
KING RANCH, INC., a Delaware corporation;
J & J AG PRODUCTS, INC., a Florida corporation;
and DOES 1-50,

CLASS ACTION

    Defendants.

_____/

## NOTICE OF APPEARANCE OF BRIAN M. MCPHERSON

Notice is hereby given of the appearance of Brian M. McPherson, with the law firm of Gunster, Yoakley & Stewart, P.A., as counsel for Defendants Sugarland Harvesting Co. and Independent Harvesting, Inc.  Copies of all future pleadings, correspondence and the like, relating to the above-styled matter, should be furnished to the undersigned attorney.

      *s/ Brian M. McPherson*
Brian M. McPherson
Florida Bar No. 735541
Primary:  bmcpherson@gunster.com
Secondary:  eservice@gunster.com
Secondary:  mjadotte@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone:  561-655-1980
Facsimile:  561-655-5677
*Attorneys for Defendants United States Sugar Corporation, Sugarland Harvesting Co., and Independent Harvesting, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

      */s/ Brian M. McPherson*
      BRIAN M. MCPHERSON

**SERVICE LIST**
*Coffie, et al. v. Florida Crystals Corporation, et al.*
Case No. 19-CV-80730-RS

Joseph C. Schultz, Esq.
The Berman Law Group
P.O. Box 272789
Boca Raton, FL  33427
Telephone: (561) 826-5200
Facsimile: (561) 826-5201
Email: service@thebermanlawgroup.com;
jschulz@thebermanlawgroup.com
*Attorneys for Plaintiffs*

Zachary West, Esq.
The Berman Law Group
P.O. Box 272789
Boca Raton, FL  33427
Telephone: (352) 514-3791
Email: service@thebermanlawgroup.com;
zwest@thebermanlawgroup.com
*Attorneys for Plaintiffs*

Matthew T. Moore, Esq.
Matt Moore Law
330 N. Andrews Avenue, Suite 450
Fort Lauderdale, FL  33301
Telephone: (954) 908-7766
Email: matthew@mattmoore-law.com;
mmoore@thebermanlawgroup.com
*Of Counsel for Plaintiffs*

Mark R. Ter Molen, Esq.
Timothy S. Bishop, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606
Telephone: (312) 701-7307
Facsimile: (312) 706-9115
Email: mtermolen@mayerbrown.com;
tbishop@mayerbrown.com
*Attorneys for Defendants United States Sugar Corporation, Sugarland Harvesting Co., and Independent Harvesting, Inc.*
*Pro Hac Vice*

Gregor J. Schwinghammer, Jr., Esq.
Brian M. McPherson, Esq.
Gunster Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: (561) 655-1980
Facsimile: (561) 655-5677
Email: gschwinghammer@gunster.com,
bmcpherson@gunster.com
*Attorneys for Defendants United States Sugar Corporation, Sugarland Harvesting Co., and Independent Harvesting, Inc.*

Jennifer J. Kennedy, Esq.
Abbey, Adams, Byelick & Mueller, L.L.P.
3201 U.S. Highway 19 South, 9th Floor
St. Petersburg, FL 33711
Telephone: (727) 821-2080
Facsimile: (727) 822-3970
Email:
ServiceJKennedy@AbbeyAdams.com
*Attorneys for Defendant Sugar Cane Growers Cooperative of Florida*

Gary K. Hunter, Esq.
Gary V. Perko, Esq.
Mohammad O. Jazil, Esq.
Hopping Green & Sams, P.A.
119 S. Monroe Street, Suite 300
Tallahassee, FL 32301
Telephone: (850) 222-7500
Facsimile: (850) 224-8551
Email: garyh@hgslaw.com; garyp@hgslaw.com; mjazil@hgslaw.com
*Attorneys for Defendant Sugar Cane Growers Cooperative of Florida*

Mark D. Anstoetter, Esq.
David Brent Dwerlkotte, Esq.
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email; manstoetter@shb.com; dbwerlkotte@shb.com
*Attorneys for Defendants Florida Crystals Corporation, Flo-Sun Incorporated, American Sugar Refining, Inc., Osceola Farms Co., and Okeelanta Corporation*
*Pro Hac Vice*

David S. Dee, Esq.
Gardner, Bist, Bowden, Bush, Dee, Lavia & Wright, P.A.
1300 Thomaswood Drive
Tallahassee, FL  32308
Telephone: (850) 385-0070
Facsimile: (850) 385-5416
Email: ddee@gbwlegal.com
*Attorneys for Defendants Florida Crystals Corporation, Flo-Sun Incorporated, American Sugar Refining, Inc., Osceola Farms Co., and Okeelanta Corporation*

Jennifer A. McLoone, Esq.
Shook, Hardy & Bacon L.L.P.
Citigroup Center, Suite 3200
201 S. Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
Email: jmcloone@shb.com
*Attorneys for Defendants Florida Crystals Corporation, Flo-Sun Incorporated, American Sugar Refining, Inc., Osceola Farms Co., and Okeelanta Corporation*

Joseph P. Klock, Jr., Esq.
Rasco Klock Perez Nieto PL
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
Telephone: (305) 467-7100
Facsimile: (305) 675-7707
Email: jklock@rascoklock.com
*Attorneys for Defendants Florida Crystals Corporation, Flo-Sun Incorporated, American Sugar Refining, Inc., Osceola Farms Co., and Okeelanta Corporation*

J. Jeffrey Deery, Esq.
Timothy J. Kiley, Esq.
Heidi M. Mitchell, Esq.
Winderweedle, Haines, Ward & Woodman, P.A.
329 Park Avenue North, 2nd Floor
Winter Park, FL 32789
Telephone: (407) 423-4246
Facsimile: (407) 645-3728
Email: jdeery@whww.com; tkiley@whww.com; hmitchell@whww.com
acothran@whww.com; thiggens@whww.com
*Attorneys for Defendant King Ranch, Inc.*

| | |
|---|---|
| Mark A. Hendricks, Esq.<br>Forrest L. Andrews, Esq.<br>Lydecker Diaz, LLC<br>1221 Brickell Avenue, 19th Floor<br>Miami, FL 33131<br>Telephone: (305) 416-3180<br>Facsimile: (305) 416-3190<br>Email: mah@lydeckerdiaz.com;<br>fla@lydeckerdiaz.com; ih@lydeckerdiaz.com;<br>adl@lydeckerdiaz.com<br>***Attorneys for Trucane Sugar Corporation*** | Andrew S. Connell, Jr., Esq.<br>Litchfield Cavo, LLP<br>600 Corporate Drive, Suite 600<br>Fort Lauderdale, FL  33334<br>Telephone: (954) 689-3000<br>Facsimile: (954) 689-3001<br>Email: Connell@litchfieldcavo.com;<br>deatley@litchfieldcavo.com<br>***Attorneys for J & J AG Products, Inc.*** |

FTL_ACTIVE 5374359.1