## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIE, ELIJAH SMITH, AND
SHANTE LEGRAND, individually and on behalf                Case No. 9:19-cv-80730-RS-MM
of all others similarly situated,                        CLASS ACTION

      Plaintiffs,

v.

FLORIDA CRYSTALS CORPORATION et. al.,

      Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS AMERICAN SUGAR REFINING, INC. AND FLO-SUN, INCORPORATED

Plaintiffs Clover Coffie, Elijah Smith, and Shante Legrand, acting through undersigned

counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure dismiss,

without prejudice, Defendants American Sugar Refining, Inc. and Flo-Sun, Incorporated, with

each party to bear its own attorney's fees and costs.

Dated: October 18, 2019                    THE BERMAN LAW GROUP

     */s Zachary West*
Joseph Schulz, Esq.
Florida Bar No. 660620
Matthew T. Moore, Esq.
Florida Bar No. 70034
Zachary West, Esq.
Florida Bar No. 71134
P.O. Box 272789
Boca Raton, FL 33427
Tel: 561-826-5200
Fax: 561-826-5201
service@thebermanlawgroup.com
mmoore@thebermanlawgroup.com
zwest@thebermanlawgroup.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 18th day of October, 2019, a true copy of the foregoing

has been electronically filed with the Clerk of Court by using the CM/ECF system, and copies of

the foregoing were served via the Court's CM/ECF upon all counsel of record.


_____*/s Zachary West*_____
Zachary West, Esq.