# Exhibit A



# Steps to get a prescribed burning authorization in Florida:

1. Contact your local Florida Forest Service office – the best time to set up a new account is between 10:00 AM and 2:00 PM. We recommend you do this before you want to burn.

2. Let the Duty Officer know that you want to get a customer number and that you are a new customer. Your customer number can be used to get an authorization at any of our offices.

3. The Duty Officer will ask you for the following information:
   - Your Name
   - Mailing Address
   - Telephone number – (in case we need to call you about your burn)

4. The Duty Officer will then give you a customer number. Please write this down and keep it in a convenient place.

5. On the day you want to burn, contact the local Florida Forest Service office and request a burn authorization. The Duty Officer will ask for your customer number and the location of your burn. We will plot your burn on a map and generate a smoke plume for your burn to make sure there are no potential problems with the smoke. Your property deed should have a section, township and range listed on it. If you do not have that a latitude and longitude will also work.

6. Depending on your location, the first time you burn someone from one of our field units may come to the location where you want to burn and do an on-site inspection.

7. If you need additional information concerning prescribed burning, please give us a call or look under our tools and information resources link.

*The Florida Forest Service manages 1 million acres of public forest land while protecting more than 26 million acres of homes, forestland, and natural resources from the devastating effects of wildfire.*