# Exhibit B

Date: September 30, 2019

## PROCEDURES FOR BURNING SUGARCANE

## FLORIDA FOREST SERVICE

This document outlines procedures that must be followed to obtain an authorization for the pre-harvest burning of sugarcane. All authorizations will be issued by the Florida Forest Service via telephone, fax, or Web-based Open Burn Authorization (WebOBA) request. Authorizations will be submitted by zone (see section on sugarcane burn zones), and authorizations may be given/refused by zone on the attached Florida Forest Service Field Burning Authorization Request (see attached).

Pre-harvest sugarcane burning will not begin prior to October 1st of each year and the Florida Forest Service (FFS) will allow pre-harvest open burning between the hours of 0900 and one hour before sunset unless an authorization is not issued or is canceled. This time period will allow for the best dispersion of smoke and suspended particulate. Any variations to this time period will require special authorizations.

## DEFINITIONS

### BACKING FIRES

A fire spreading against the wind. Flames tilt away from the fire's direction of spread.

### FIRE READINESS

This is the Florida Forest Service's measurement of personnel and equipment availability along with fire danger for a day.

### RE-BURN OF SUGARCANE

Sugarcane that has not burned sufficiently during initial burn, is cut and laid on the ground for re-burn or is burned a second time while still standing.

### DISPERSION

Dispersion Index gives a general indication of the atmosphere's ability to disperse smoke. It is used to gauge smoke impacts away from a smoke source, and takes mixing height, surface winds, and transport winds into consideration.

### AIR QUALITY INDEX (AQI)

An index for reporting daily air quality. It indicates how clean or polluted the air in any given area is, and what associated health effects might be of concern.

## ADDITIONAL PROCEDURES

### BURNING ADJACENT TO WILDLAND AREAS

Strict adherence to the "**TWO FIELD RULE**" when fire readiness reaches 3, 4 or 5, or when sustained surface winds are predicted to be 25 MPH or greater. (Two Field Rule – no burning within two (2) 40-acre fields of any wildlands; must be a two (2) field buffer between fire and wildlands).

### BURNS PRIOR TO 0900 HOURS

Special authorizations to conduct burning beginning at 0600 hours may be granted on a hardship basis (i.e., frost, or severe drought) if burning cannot be reasonably conducted within the normal time.

### NIGHTTIME AUTHORIZATIONS

No late (1 hour prior to sunset) or nighttime authorization without special approval from the Director's office. Authorizations will not be granted if nighttime forecasted LVORI is 6 or greater.

### MUCK FIRES

In accordance with state statutes, all wildfires will be suppressed immediately upon notification that such a fire exists. Muck fires fall into the category of a wildfire. The FFS requires the landowner/burner to take immediate suppression action on any muck fire. Treat all muck fires as an emergency. The FFS will be notified by the landowner/burner as soon as they become aware that a muck fire exists. The FFS may allow the landowner 72 hours from the time that they know of the fire to completely suppress it. Immediate suppression action must be taken on a muck fire that is obscuring visibility on roadways or within residential areas. The landowner/burner will notify the FFS when a fire has been completely suppressed so that FFS personnel can inspect the area. If any muck fire is not controlled, the FFS may suppress the fire and the landowner/burner will be charged suppression for this fire.

### INFIELD POST-HARVEST BURNING

Trash burning in the field will not be authorized due to the potential for muck fires

### FOG ADVISORIES

In cases of fog advisories, burning may be authorized, but shall not be ignited prior to 11:00 a.m. and visibility is greater than 1000 feet at the burn site. Advisories will be made known and entered into the comment section of the authorization by FFS.

### AIR QUALITY INDEX (AQI)

No authorizations will be issued when the Air Quality Index is forecasted to be 101 or greater.

## ZONE DESCRIPTIONS

### ZONE I

**LOCATION:** From the East Coast, westward to a north/south line one (1) mile east of Range 39E.

### ZONE II NORTH

**LOCATION:** All areas north of County Road 880 from the western boundary of Zone I, westward to a north/south line two (2) miles east of Range 38E.

### ZONE II SOUTH

**LOCATION:** All areas south of County Road 880 from the western boundary of Zone I, westward to a north/south line two (2) miles east of Range 38E.

### ZONE III NORTH

**LOCATION:** All areas north of County Road 880 from the western boundary of Zone II, westward to a north /south line three (3) miles east of range 37E.

### ZONE III SOUTH

**LOCATION:** All areas south of County Road 880 from the western boundary of Zone II, westward to a north/south line three (3) miles east of Range 37E.

### ZONE IV

**LOCATION:** All areas from the western boundary of ZONE III

## ZONE I

| CANE BURNING ALLOWED WITH WINDS FROM: | | NO CANE BURNING IF SURFACE WINDS OR TRANSPORT WINDS ARE FROM: | |
|---|---|---|---|
| NORH | N | NORTH NORTHWEST | NNW |
| SOUTH | S | NORTHWEST | NW |
| EAST | E | WEST | W |
| SOUTHEAST | SE | SOUTH WEST | SW |
| NORTHEAST | NE | SOUTH SOUTHWEST | SSW |
| **ANY WIND DIRECTION** Backing Fire must be used if dispersion indices range from 21-25. **NO BURNING** allowed if dispersion indices are 20 or below or when the Air Quality Index is forecasted to be 101 or greater. | | | |

## ZONE II NORTH

| CANE BURNING ALLOWED WITH WINDS FROM: | | SPECIAL AUTHORIZATION REQUIRED FROM OIC FOR SURFACE OR TRANSPORT WINDS FROM: | |
|---|---|---|---|
| NORTH | N | NORTHWEST | NW |
| NORTHEAST | NE | WEST | W |
| EAST | E | SOUTHWEST | SW |
| SOUTH | S | *NOTE: THESE WINDS MUST BE LESS THAN 9 MILES PER HOUR, AND ONLY BACKING FIRES ARE ALLOWED. | |
| SOUTHEAST | SE | | |
| SOUTH SOUTHWEST | SSW | | |
| **ANY WIND DIRECTION** Backing Fire must be used if dispersion indices range from 21-25. **NO BURNING** allowed if dispersion indices are 20 or below or when the Air Quality Index is forecasted to be 101 or greater. | | | |

## ZONE II SOUTH

| CANE BURNING ALLOWED WITH WINDS FROM: | | SPECIAL AUTHORIZATION REQUIRED FROM OIC FOR SURFACE OR TRANSPORT WINDS FROM: | |
|---|---|---|---|
| NORTH NORTHWEST | NNW | SOUTHWEST | SW |
| NORTHEAST | NE | WEST | W |
| NORTH | N | NORTHWEST | NW |
| EAST | E | *NOTE: THESE WINDS MUST BE LESS THAN 9 MILES PER HOUR, AND ONLY BACKING FIRES ARE ALLOWED | |
| SOUTHEAST | SE | | |
| SOUTH | S | | |
| ANY WIND DIRECTION Backing Fire must be used if dispersion indices range from 21-25.  NO BURNING allowed if dispersion indices are 20 or below or when the Air Quality Index is forecasted to be 101 or greater. | | | |

## ZONE III NORTH

| CANE BURNING ALLOWED WITH WINDS FROM: | | SPECIAL AUTHORIZATION REQUIRED FROM O.I.C. | |
|---|---|---|---|
| NORTH | N | FOR SURFACE OR TRANSPORT WINDS THAT EXCEED 12 MILES PER HOUR FROM: | |
| NORTHEAST | NE | | |
| EAST | E | | |
| SOUTH | S | WEST | W |
| SOUTHEAST | SE | NORTHWEST | NW |
| SOUTHWEST | SW | | |
| WEST & NW WINDS UP TO AND INCLUDING 12 MILES PER HOUR WILL BE ALLOWED PROVIDED A BACKING FIRE IS USED  SW WINDS EXCEEDING 15 MILES PER HOUR MUST USE BACKING FIRE  ANY WIND DIRECTION Backing Fire must be used if dispersion indices range from 21-25.  NO BURNING allowed if dispersion indices are 20 or below or when the Air Quality Index is forecasted to be 101 or greater. | | | |

## ZONE III SOUTH

| CANE BURNING ALLOWED WITH WINDS FROM: | | SPECIAL AUTHORIZATION REQUIRED FROM OIC | |
|---|---|---|---|
| NORTH | N | FOR SURFACE OR TRANSPORT WINDS THAT EXCEED 12 MILES PER HOUR FROM: | |
| NORTHEAST | NE | | |
| EAST | E | | |
| SOUTH | S | WEST | W |
| SOUTHEAST | SE | NORTHWEST | NW |
| | | SOUTHWEST | SW |

WEST & NW WINDS UP TO AND INCLUDING 12 MILES PER HOUR WILL BE ALLOWED PROVIDED A BACKING FIRE IS USED

**ANY WIND DIRECTION** Backing Fire must be used if dispersion indices range from 21-25.

**NO BURNING** allowed if dispersion indices are 20 or below or when the Air Quality Index is forecasted to be 101 or greater.

## ZONE IV

BURNING WITH WINDS NORTHWEST (NW), WEST (W), OR SOUTHWEST (SW) HAVING SPEEDS EXCEEDING 15 MILES PER HOUR REQUIRES USE OF BACKING FIRES.

**ANY WIND DIRECTION** Backing Fire must be used if dispersion indices range from 21-25.

**NO BURNING** allowed if dispersion indices are 20 or below or when the Air Quality Index is forecasted to be 101 or greater.

| Air Quality Index | Who Needs to be Concerned? | What Should I Do? |
|---|---|---|
| Good 0-50 | | |
| Moderate 51-100 | Some people who may be unusually sensitive to particle pollution. | Unusually sensitive people: Consider reducing prolonged or heavy exertion. Watch for symptoms such as coughing or shortness of breath. These are signs to take it easier.<br><br>Everyone else: It's a good day to be active outside. |
| Unhealthy for Sensitive Groups 101-150 | Sensitive groups include people with heart or lung disease, older adults, children and teenagers. | Sensitive groups: Reduce prolonged or heavy exertion. It's OK to be active outside, but take more breaks and do less intense activities. Watch for symptoms such as coughing or shortness of breath.<br><br>People with asthma should follow their asthma action plans and keep quick relief medicine handy.<br><br>If you have heart disease: Symptoms such as palpitations, shortness of breath, or unusual fatigue may indicate a serious problem. If you have any of these, contact your health care provider. |
| Unhealthy 151 to 200 | Everyone | Sensitive groups: Avoid prolonged or heavy exertion. Move activities indoors or reschedule to a time when air quality is better.<br><br>Everyone else: Reduce prolonged or heavy exertion. Take more breaks during all outdoor activities. |
| Very Unhealthy 201-300 | Everyone | Sensitive groups: Avoid all physical activity outdoors. Move activities indoors or reschedule to a time when air quality is better.<br><br>Everyone else: Avoid prolonged or heavy exertion. Consider moving activities indoors or rescheduling to a time when air quality is better. |
| Hazardous 301-500 | Everyone | Everyone: Avoid all physical activity outdoors.<br><br>Sensitive groups: Remain indoors and keep activity levels low. Follow tips for keeping particle levels low indoors. |

A map of Palm Beach County and surrounding areas (Highlands, Glades, Hendry, Collier, Broward, Martin) showing Lake Okeechobee and designated zones: Zone 1, Zone 2 North, Zone 2 South, Zone 3 North, Zone 3 South, and Zone 4. Labeled communities include Moore Haven, Clewiston, Pahokee, Belle Glade, Royal Palm Beach, Palm Beach, Boynton, Delray Beach, and Boca Raton.