UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIE, ELIJAH SMITH, and
SHANTE LEGRANDE, each individually
and on behalf of all other similarly situated,     Case No. 9:19-CV-80730-RS-NM
                                                   CLASS ACTION

Plaintiffs,

vs.

FLORIDA CRYSTALS CORPORATION, et al.,

  Defendants.

_____/

## NOTICE OF APPEARANCE OF GARY V. PERKO

Notice is hereby given of the appearance of Gary V. Perko, Esquire, with the law firm of Hopping Green & Sams, as counsel for Defendant, SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, a Florida not for profit corporation. Copies of all future pleadings, correspondence and the like, relating to the above-styled matter, should be furnished to the undersigned attorney.

Respectfully submitted this 21st day of October, 2019.

/s/ Gary V. Perko
GARY V. PERKO (FBN 855898)
Primary Email: gperko@hgslaw.com.
Secondary Email: JenniferM@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)
*Counsel for Defendant, Sugar Cane Growers Cooperative of Florida*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing has been sent this 21st day of October, 2019 to all those listed on the attached Service List via the Court's CM/ECF service.

*/s/ Gary V. Perko*

**SERVICE LIST**
Case # 9:19-CV-80730-RS
*Clover Coffie, et al. v. United States Sugar Corporation, et al.*

| | |
|---|---|
| ***Attorneys for Plaintiffs***<br>Joseph C. Schultz, Esq.<br>Zachary West, Esq.<br>The Berman Law Group<br>PO Box 272789<br>Boca Raton, FL 33427<br>Primary Email:<br>service@thebermanlawgroup.com<br>Secondary Email:<br>jschulz@thebermanlawgroup.com<br>zwest@thebermanlawgroup.com | ***Of Counsel for Plaintiffs*** Matthew T. Moore, Esq. Matt Moore Law<br>330 N. Andrews Avenue, Suite 450<br>Fort Lauderdale, FL 33301<br>Primary Email: matthew@mattmoore-law.com |
| ***Co-Counsel for Defendant,***<br>***Sugar Cane Growers Cooperative of Florida***<br>Jennifer J. Kennedy, Esq.<br>Abbey, Adams, Byelick & Mueller, LLP<br>360 Central Avenue, 11th Floor<br>St. Petersburg, FL 33711<br>Email: jkennedy@abbeyadams.com<br>ServiceJKennedy@AbbeyAdams.com<br><br>David J. Abbey, Esq.<br>Abbey, Adams, Byelick & Mueller, LLP<br>3201 US Highway 19 South, 9th Floor<br>St. Petersburg, FL 33711<br>Email: servicedabbey@abbeyadams.com<br>PRO HAC VICE | ***Attorneys for Defendant,***<br>***United States Sugar Corporation***<br>Brian M. McPherson, Esq.<br>Gregor J. Schwinghammer, Jr., Esq.<br>Gunster, Yoakley & Stewart, PA<br>777 S. Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401<br>Primary Email:  bmcpherson@gunster.com<br>gschwinghammer@gunster.com<br>Secondary Emails:  eservice@gunster.com<br>jhoppel@gunster.com<br><br>Mark R. Ter Molen, Esq.<br>Timothy S. Bishop, Esq.<br>Mayer Brown, LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Email:mtermolen@mayerbrown.com<br>tbishop@mayerbrown.com<br>PRO HAC VICE |

| | |
|---|---|
| **Counsel for Florida Crystals Corporation** **Attorneys for Flo-Sun Incorporated,** **Attorneys for American Sugar Refining, Inc.** **Attorneys for Okeelanta Corporation** **Attorneys for Osceola Farms** Jennifer Ann McLoone, Esq. Shook, Hardy & Bacon, LLP 201 South Biscayne Blvd., Suite 3200 Miami, FL 33131 Email: jmcloone@shb.com | **Attorneys for Florida Crystals Corporation Attorneys for Flo-Sun Incorporated** **Attorneys for American Sugar Refining, Inc.** **Attorneys for Okeelanta Corporation** **Attorneys for Osceola Farms** David Brent Dwerlkotte, Esq. Mark D. Anstoetter, Esq. Shook, Hardy & Bacon, LLP 2555 Grand Boulevard Kansas City, MO 64108 Email:dbdwerlkotte@shb.com manstoetter@shb.com PRO HAC VICE |
| **Counsel for King Ranch, Inc.** J. Jeffrey Deery, Esq. Timothy J. Kiley, Esq. Heidi M. Mitchell, Esq. Winderweedle, Haines, Ward & Woodman, PA 329 Park Avenue South, 2nd Floor Winter Park, FL 32789 Email:  jdeery@whww.com; tkiley@whww.com; hmitchell@whww.com Secondary Email: acothran@whww.com; thiggens@whww.com | **Co-Counsel for Defendants United States Sugar Corporation, Sugarland Harvesting Co. & Independent Harvesting, Inc.** Eugene, K. Pettis, Esquire HALICZER PETTIS & SCHWAMM, P.A. One Financial Plaza, Seventh Floor 100 SE 3rd Avenue  Fort Lauderdale, FL 33394  Primary Email: cmarr@hpslegal.com Secondary Email: Service@hpslegal.com |
| **Counsel for Trucane Sugar Corporation,** Forrest Lee Andrews, Esquire Mark A. Henricks, Esquire Lydecker Diaz, LLC 1221 Brickell Avenue 19th Floor Miami, FL 33131 Email: fla@lydeckerdiaz.com Email: mah@lydeckerdiz.com | |