UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIE, ELIJAH SMITH, and
SHANTE LEGRANDE, each individually
and on behalf of all other similarly situated,

Case No. 9:19-CV-80730-RS-NM
CLASS ACTION

Plaintiffs,

vs.

FLORIDA CRYSTALS CORPORATION, et al.,

Defendants.

_____/

**NOTICE OF APPEARANCE OF MOHAMMAD O. JAZIL**

Notice is hereby given of the appearance of Mohammad O. Jazil, Esquire, with the law firm of Hopping Green & Sams, as counsel for Defendant, SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, a Florida not for profit corporation. Copies of all future pleadings, correspondence and the like, relating to the above-styled matter, should be furnished to the undersigned attorney.

Respectfully submitted this 21st day of October, 2019.

/s/ Mohammad O. Jazil
MOHAMMAD O. JAZIL (FBN 72556)
Primary Email: mjazil@hgslaw.com
Secondary Email: MandyF@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)
***Counsel for Defendant, Sugar Cane Growers Cooperative of Florida***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been sent this 21st day of October, 2019 to all those listed on the attached Service List via the Court's CM/ECF service.

/s/ Mohammad O. Jazil

**SERVICE LIST**
Case # 9:19-CV-80730-RS
*Clover Coffie, et al. v. United States Sugar Corporation, et al.*

| *Attorneys for Plaintiffs* | *Of Counsel for Plaintiffs* Matthew T. Moore, Esq. Matt Moore Law |
|---|---|
| Joseph C. Schultz, Esq.<br>Zachary West, Esq.<br>The Berman Law Group<br>PO Box 272789<br>Boca Raton, FL 33427<br>Primary Email:<br>service@thebermanlawgroup.com<br>Secondary Email:<br>jschulz@thebermanlawgroup.com<br>zwest@thebermanlawgroup.com | 330 N. Andrews Avenue, Suite 450<br>Fort Lauderdale, FL 33301<br>Primary Email: matthew@mattmoore-law.com |
| *Co-Counsel for Defendant,*<br>*Sugar Cane Growers Cooperative of Florida*<br>Jennifer J. Kennedy, Esq.<br>Abbey, Adams, Byelick & Mueller, LLP<br>360 Central Avenue, 11th Floor<br>St. Petersburg, FL 33711<br>Email: jkennedy@abbeyadams.com<br>ServiceJKennedy@AbbeyAdams.com<br><br>David J. Abbey, Esq.<br>Abbey, Adams, Byelick & Mueller, LLP<br>3201 US Highway 19 South, 9th Floor<br>St. Petersburg, FL 33711<br>Email: servicedabbey@abbeyadams.com<br>PRO HAC VICE | *Attorneys for Defendant,*<br>*United States Sugar Corporation*<br>Brian M. McPherson, Esq.<br>Gregor J. Schwinghammer, Jr., Esq.<br>Gunster, Yoakley & Stewart, PA<br>777 S. Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401<br>Primary Email:  bmcpherson@gunster.com<br>gschwinghammer@gunster.com<br>Secondary Emails:  eservice@gunster.com<br>jhoppel@gunster.com<br><br>Mark R. Ter Molen, Esq.<br>Timothy S. Bishop, Esq.<br>Mayer Brown, LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Email:mtermolen@mayerbrown.com<br>tbishop@mayerbrown.com<br>PRO HAC VICE |

| | |
|---|---|
| **Counsel for Florida Crystals Corporation** <br> **Attorneys for Flo-Sun Incorporated,** <br> **Attorneys for American Sugar Refining, Inc.** <br> **Attorneys for Okeelanta Corporation** <br> **Attorneys for Osceola Farms** <br> Jennifer Ann McLoone, Esq. Shook, Hardy & Bacon, LLP <br> 201 South Biscayne Blvd., Suite 3200 <br> Miami, FL 33131 <br> Email: jmcloone@shb.com | **Attorneys for Florida Crystals Corporation Attorneys for Flo-Sun Incorporated** <br> **Attorneys for American Sugar Refining, Inc.** <br> **Attorneys for Okeelanta Corporation** <br> **Attorneys for Osceola Farms** <br> David Brent Dwerlkotte, Esq. Mark D. Anstoetter, Esq. Shook, Hardy & Bacon, LLP <br> 2555 Grand Boulevard <br> Kansas City, MO 64108 <br> Email:dbdwerlkotte@shb.com <br> manstoetter@shb.com <br> PRO HAC VICE |
| **Counsel for King Ranch, Inc.** <br> J. Jeffrey Deery, Esq. <br> Timothy J. Kiley, Esq. <br> Heidi M. Mitchell, Esq. <br> Winderweedle, Haines, Ward & Woodman, PA <br> 329 Park Avenue South, 2nd Floor <br> Winter Park, FL 32789 <br> Email:  jdeery@whww.com; tkiley@whww.com; hmitchell@whww.com <br> Secondary Email: acothran@whww.com; thiggens@whww.com | **Co-Counsel for Defendants United States Sugar Corporation, Sugarland Harvesting Co. & Independent Harvesting, Inc.** <br> Eugene, K. Pettis, Esquire <br> HALICZER PETTIS & SCHWAMM, P.A. <br> One Financial Plaza, Seventh Floor <br> 100 SE 3rd Avenue <br> Fort Lauderdale, FL 33394 <br> Primary Email: cmarr@hpslegal.com <br> Secondary Email: Service@hpslegal.com |
| **Counsel for Trucane Sugar Corporation,** <br> Forrest Lee Andrews, Esquire <br> Mark A. Henricks, Esquire <br> Lydecker Diaz, LLC <br> 1221 Brickell Avenue <br> 19th Floor <br> Miami, FL 33131 <br> Email: fla@lydeckerdiaz.com <br> Email: mah@lydeckerdiz.com | |