UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80730-CIV-SMITH

CLOVER COFFIE, ET AL.,

    Plaintiffs,

vs.

FLORIDA CRYSTALS CORPORATION, ET AL.,

    Defendants.

_____/

### ORDER OF FINAL DISMISSAL OF DEFENDANTS AMERICAN SUGAR REFINING, INC. AND FLO-SUN, INCORPORATED

THIS MATTER is before the Court on Plaintiffs' Notice of Voluntary Dismissal as to Defendants American Sugar Refining, Inc. and Flo-Sun, Incorporated [DE 74]. Upon consideration, it is

ORDERED that Defendants American Sugar Refining, Inc. and Flo-Sun, Incorporated are **DISMISSED without prejudice.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 22nd day of October, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record