UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIE, et al.　　　　　　　　　　　　Case No..: 19-CV-80730-RS-MM
　　　　　　　　　　　　　　　　　　　　　　　CLASS ACTION
　　　　Plaintiffs,
v.

FLORIDA CRYSTALS CORPORATION, et al.
　　　　Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT KING RANCH, INC.**

　　　　Plaintiffs Clover Coffie, Elijah Smith, and Shante Legrand, acting through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure dismiss, without prejudice, Defendant King Ranch, Inc., with each party to bear its own attorney's fees and costs.

　　　　Dated: November 21, 2019.　　　　　　　/s Zachary West
　　　　　　　　　　　　　　　　　　　　　　　Matthew T. Moore, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 70034
　　　　　　　　　　　　　　　　　　　　　　　Zachary West, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 71134
　　　　　　　　　　　　　　　　　　　　　　　Joseph Schulz, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 660620
　　　　　　　　　　　　　　　　　　　　　　　THE BERMAN LAW GROUP
　　　　　　　　　　　　　　　　　　　　　　　Post Office Box 272789
　　　　　　　　　　　　　　　　　　　　　　　Boca Raton, Florida 33427
　　　　　　　　　　　　　　　　　　　　　　　Ph: (561) 826-5200
　　　　　　　　　　　　　　　　　　　　　　　Fax: (561) 826-5201
　　　　　　　　　　　　　　　　　　　　　　　service@thebermanlawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　mmoore@thebermanlawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　zwest@thebermanlawgroup.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November, 2019 a true copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system, and copies of the foregoing were served via the Court's CM/ECF upon all counsel of record.

    */s Zachary West*
Zachary West, Esq.

**SERVICE LIST**
**Case # 9:19-cv-80730-RS**
*Coffie, et al. v. King Ranch, et al.*

| | |
|---|---|
| ***Attorneys for Plaintiffs***<br>Matthew T. Moore, Esq.<br>Joseph C. Schultz, Esq.<br>Zachary West, Esq.<br>The Berman Law Group<br>PO Box 272789<br>Boca Raton, FL 33427<br>T: 561-826-5200<br>F: 561-826-5201<br>Primary Email:service@thebermanlawgroup.com<br>Secondary Email:<br>mmoore@thebermanlawgroup.com<br>jschulz@thebermanlawgroup.com<br>zwest@thebermanlawgroup.com | ***Attorneys for J &J Ag Products, Inc.***<br>Andrew S. Connell, Jr., Esq.<br>Litchfield Cavo LLP<br>600 Corporate Drive, Suite 600<br>Ft. Lauderdale, FL 33334<br>T: 954-689-3000<br>F: 954-689-3001<br>Email: Connell@litchfieldcavo.com;<br>deatley@litchfieldcavo.com |
| ***Co-Counsel for US Sugar Corporation, Sugarland Harvesting Co., and Independent Harvesting, Inc.***<br>Eugene K. Pettis, Esq.<br>Haliczer Pettis & Schwamm, PA<br>One Financial Plaza, 7th Floor<br>100 SE 3rd Avenue<br>Fort Lauderdale, FL 33394<br>T: 954-523-9922<br>F: 954-522-2512<br>Email: Service@hpslegal.com | ***Attorneys for Defendants United States Sugar Corporation, Sugarland Harvesting Co., and Independent Harvesting, Inc.***<br>Brian M. McPherson, Esq.<br>Gregor J. Schwinghammer, Jr., Esq.<br>Gunster, Yoakley & Stewart, PA<br>777 S. Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401<br>T: 561-655-1980<br>F: 561-655-5677<br>Primary Email: bmcpherson@gunster.com<br>gschwinghammer@gunster.com<br>Secondary Emails: eservice@gunster.com<br>jhoppel@gunster.com<br>Mark R. Ter Molen, Esq.<br>Timothy S. Bishop, Esq.<br>Mayer Brown, LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Ter Molen - T: 312-701-7307<br>Bishop – T: 312-701-7829<br>Email: mtermolen@mayerbrown.com<br>tbishop@mayerbrown.com<br>PRO HAC VICE |

3

| | |
|---|---|
| ***Attorneys for Florida Crystals Corporation, Flo Sun Incorporated, American Sugar Refining, Inc., Okeelanta Corporation, and Osceola Farms*** <br> Jennifer Ann McLoone, Esq. <br> Shook, Hardy & Bacon, LLP <br> 201 South Biscayne Blvd., Suite 3200 <br> Miami, FL 33131 <br> T: 305-358-5171 <br> F: 305-358-7470 <br> Email: jmcloone@shb.com | ***Attorneys for Florida Crystals Corporation, Flo Sun Incorporated, American Sugar Refining, Inc., Okeelanta Corporation, and Osceola Farms*** <br> David Brent Dwerlkotte, Esq. <br> Mark D. Anstoetter, Esq. <br> Shook, Hardy & Bacon, LLP <br> 2555 Grand Boulevard <br> Kansas City, MO 64108 <br> T: 816-474-6550 <br> Email: dbdwerlkotte@shb.com <br> manstoetter@shb.com <br> PRO HAC VICE |
| ***Attorneys for King Ranch, Inc.*** <br> J. Jeffrey Deery, Esq. <br> Timothy J. Kiley, Esq. <br> Heidi M. Mitchell, Esq. <br> Winderweedle, Haines, Ward & Woodman, PA <br> 329 Park Avenue South, 2nd Floor <br> Winter Park, FL 32789 <br> T: 407-423-4246 <br> F: 407-645-3728 <br> Email: jdeery@whww.com; <br> tkiley@whww.com; <br> hmitchell@whww.com <br> Secondary Email: acothran@whww.com; <br> thiggens@whww.com | ***Attorneys for Trucane Sugar Corporation*** <br> Mark A. Hendricks, Esq. <br> Forrest L. Andrews, Esq. <br> Lydecker Diaz <br> 1221 Brickell Avenue, 19th Floor <br> Miami, FL 33131 <br> T: 305-416-3180 <br> F: 305-416-3190 <br> Email: mah@lydeckerdiaz.com; <br> fla@lydeckerdiaz.com <br> Secondary Email: ih@lydeckerdiaz.com; <br> adl@lydeckerdiaz.com |
| ***Attorneys for Defendant,*** <br> ***Sugar Cane Growers Cooperative of Florida*** <br> Jennifer J. Kennedy, Esq. <br> Abbey, Adams, Byelick & Mueller, LLP <br> 360 Central Avenue, 11th Floor <br> St. Petersburg, FL 33711 <br> T: 727-821-2080 <br> F: 727-822-3970 <br> Email: jkennedy@abbeyadams.com <br> ServiceJKennedy@AbbeyAdams.com <br> David J. Abbey, Esq. <br> Abbey, Adams, Byelick & Mueller, LLP <br> 3201 US Highway 19 South, 9th Floor <br> St. Petersburg, FL 33711 <br> T: 727-821-2080 <br> Email: servicedabbey@abbeyadams.com <br> PRO HAC VICE | ***Attorneys for Defendant,*** <br> ***Sugar Cane Growers Cooperative of Florida*** <br> GARY V. PERKO (FBN 855898) <br> Primary Email: gperko@hgslaw.com. <br> Secondary Email: JenniferM@hgslaw.com <br> MOHAMMAD O. JAZIL (FBN 72556) <br> Primary Email: mjazil@hgslaw.com Secondary Email: MandyF@hgslaw.com <br> GARY K. HUNTER (FBN 949779) <br> Primary Email: ghunter@hgslaw.com Secondary Email: Angelinan@hgslaw.com <br> HOPPING GREEN & SAMS, P.A. <br> 119 South Monroe Street, Suite 300 <br> Tallahassee, Florida 32301 <br> (850) 222-7500 / (850) 224-8551 (fax) |