# Exhibit A

Particuology 28 (2016) 52–59

Contents lists available at ScienceDirect

# Particuology

journal homepage: www.elsevier.com/locate/partic





# Seasonal size-segregated $PM_{10}$ and PAH concentrations in a rural area of sugarcane agriculture versus a coastal urban area in Southeastern Florida, USA

Orhan Sevimoglu [a],[*], Wolfgang F. Rogge [b]

[a] Department of Civil and Environmental Engineering, Florida International University, 10555 W. Flagler Street, Miami, FL 33174, USA
[b] School of Engineering and Sierra Nevada Research Institute, University of California at Merced, 5200 North Lake Road, Merced, CA 95343, USA

**Article history:**
Received 6 June 2015
Received in revised form 16 September 2015
Accepted 30 September 2015
Available online 18 January 2016

**Keywords:**
Size segregated ambient particles
$PM_{10}$
PAHs
Biomass burning
Rural versus urban
Saharan dust

**ABSTRACT**

Airborne particulate matter (PM) is of health and environmental concern not only in highly urbanized areas, but also in rural areas that are used for intensive agricultural purposes. In this study, PM size-segregated samples were collected simultaneously for 12 months in a small town (Belle Glade, Florida), which is the center of a vast sugarcane growing area and at Delray Beach, a coastal city in Palm Beach County, Florida. During the winter sampling period, when sugarcane foliage is burned just before harvesting to reduce the amount of plant matter to be handled, $PM_{10}$ levels were 50% or higher than otherwise measured, indicating that sugarcane harvesting and processing is a major local source for $PM_{10}$. For the rest of the year, $PM_{10}$ levels at both sites are similar, suggesting that ambient PM levels at both sites are impacted by the major urban centers in Southern Florida. During late July and early August, the $PM_{10}$ levels at both sites were substantially elevated and revealed the typical red-brownish color of Saharan dust. This has been reported to occur frequently with suitable meteorological conditions over the Atlantic Ocean coupled with a Sahara dust storm event. During the sugarcane harvesting season at Belle Glade, the concentrations of PAHs associated with $PM_{10}$ were up to 15 times higher than those measured during the summer growing season, indicating a substantially higher exposure of the rural population to these often mutagenic and carcinogenic compounds.

© 2016 Chinese Society of Particuology and Institute of Process Engineering, Chinese Academy of Sciences. Published by Elsevier B.V. All rights reserved.

## Introduction

Airborne particulate matter (PM) is of environmental concern not only in urbanized areas but also in rural locations with extensive agricultural activities and may be linked with adverse health effects (Laumbach & Kipen, 2012; Pongpiachan, Tipmanee, Khumsup, Kittikoon, & Hirunyatrakul, 2015), visibility degradation (Hyslop, 2009; Radzi bin Abas, Oros, & Simoneit, 2004), soil acidification caused by acid rain precipitation (Roy et al., 2014), and a possible impact on global climate (Raes & Seinfeld, 2009). In urban areas, PM is emitted to the atmosphere from many sources, including combustion of fossil fuels (Rogge, Hildemann, Mazurek, Cass, & Simoneit, 1997) and biomass (Simoneit et al., 1999), vehicular emissions (Rogge, Hildemann, Mazurek, Cass, & Simoneit, 1993a), cooking emissions (Rogge, Hildemann, Mazurek, Cass, & Simoneit, 1991), re-suspension of road dust (Rogge, Hildemann, Mazurek, Cass, & Simoneit, 1993b), cigarette smoking (Rogge, Hildemann, Mazurek, Cass, & Simoneit, 1994), leaf surface abrasion products (Rogge, Hildemann, Mazurek, Cass, & Simoneit, 1993c), and other sources (Tombach & Brewer, 2005). In contrast, ambient PM levels in pristine rural areas are of natural origin, but increase with the level of agricultural activity in a given rural area (Hays, Fine, Geron, Kleeman, & Gullett, 2005; Rogge, Medeiros, & Simoneit, 2006, 2007, 2012), with agricultural residue burning (e.g., Le Blond et al., 2008) and as a result of the atmospheric transport of pollutants from both nearby and distant urbanized areas. In addition to direct primary emissions, atmospheric chemical reactions of vegetation-derived highly reactive volatile organic compounds lead to additional formation of so-called secondary PM (e.g., Stone, Hedman, Zhou, Mieritz, & Schauer, 2010).

Atmospheric PM is a complex mixture, ranging in size from roughly 20 nm to 40 μm in aerodynamic diameter (e.g., Chou, Huang, Chen, Lin, & Wang, 2005; Ham & Kleeman, 2011; Kam,

* Corresponding author. Present address: Gebze Technical University, Department of Environmental Engineering, Gebze, Kocaeli, Turkey. Tel.: +90 262 605 3143; fax: +90 262 605 3145.
E-mail address: sevimoglu@gmail.com (O. Sevimoglu).

http://dx.doi.org/10.1016/j.partic.2015.09.013
1674-2001/© 2016 Chinese Society of Particuology and Institute of Process Engineering, Chinese Academy of Sciences. Published by Elsevier B.V. All rights reserved.

Liacos, Schauer, Delfino, & Sioutas, 2012; Kleeman, Hughes, Allen, & Cass, 1999; Ondov et al., 2006). For instance, polycyclic aromatic hydrocarbons (PAHs) have been extensively investigated because of their mutagenic and carcinogenic potential and are typically concentrated in particles of less than 1 μm in aerodynamic diameter (Bandowe et al., 2014; Masiol et al., 2012).

The study area, Palm Beach County, is located along the southeast coast of Florida, USA, with an area of about 2000 square miles and a population of around 1 million people. Palm Beach County is geographically divided into a rural area containing about 10% of the population and an urbanized area in which the majority of the population resides. The major industries of the urbanized area are located to the east along the coast and harbors. The rural area is located in the western part of Palm Beach County and represents an agricultural area mainly producing sugarcane and winter vegetables. This area is the largest sugarcane-producing industry in the continental United States with more than 450,000 acres under production (Buzzanell, Lord, & Brown, 1992) and compares in many ways to the sugarcane growing areas of Brazil (Da Rocha, Allen, & Cardoso, 2005).

This study aimed to gain insight into differences between size-segregated airborne PM concentrations at Belle Glade and Delray Beach during an entire year with special emphasis on PM exposure levels during sugarcane harvesting and growing seasons. We also aimed to determine exposure levels of polycyclic aromatic hydrocarbons (PAHs) associated with different particle size fractions and provide valuable information for use in assessing the potential uptake of PAHs by inhalation.

Sugarcane is an important agricultural product in Southern Florida. Before harvesting a section of a sugarcane field, the foliage is typically burned just before the harvesting machines move in. As a general rule, the harvesting season starts in mid-to-late October and is completed by late March. Pre-harvesting sugarcane burning is conducted by the authorization of the Florida Division of Forestry. Each field is individually permitted for burning on a daily basis between 9 a.m. and 1 h before sunset. Permits are only issued when climatic conditions are suitable; wherein wind speed and wind direction are of primary consideration to keep the smoke away from urbanized areas. The growing region is separated into zones with tighter restrictions closer to the urban area to prevent ash fallout in the urban communities.

Although the official burning season starts from around mid to late October to late March, pre-harvesting burning typically occurs in November, December, January, and if needed as late as February and March. This sugarcane foliage burning and cane harvesting period is labeled here as the sugarcane burning season (SBS). The remainder of the year is labeled as sugarcane growing season (SGS). In the following sections, the urban and rural size-segregated $PM_{10}$ concentrations will be examined.

**Materials and methods**

*The sampling sites*

This study was designed to evaluate the distribution of size-segregated $PM_{10}$ and their composition of organic compounds at one agriculture-dominated rural site (Belle Glade) and one coastal urban site (Delray Beach) within Palm Beach County, Florida, USA (Fig. 1).

Delray Beach is located roughly 60 km east and 36 km south of Belle Glade. This sampling site is typically under the impact of traffic-related and industrial emissions. The major industries include electric power production, construction, aircraft testing, computer and electronics manufacturing, waste incineration, concrete and asphalt production. At Delray Beach, the high volume $PM_{10}$ sampler was mounted with a cascade impactor and was located at the South County Government Center (latitude, 26.455174°; longitude, −80.092115°).

Belle Glade is located in the western part of Palm Beach County, where sugarcane growing is the major agricultural crop and the largest sugarcane-producing industry in the continental United States. Immediately before harvesting, sugarcane foliage is burned to reduce the amount of plant matter to be handled during the harvesting process. Nickell (1970) estimated that about 70% of roughly 30 tons of foliage per acre are removed by burning, releasing substantial amounts of air gaseous and particulate pollutants to the atmosphere. The rural sampling site was located at Belle Glade Civic Center (latitude, 26.692699°; longitude, −80.670927°) at Belle Glade.

*Sampling and measurements*

The PM samples were collected simultaneously for 24 h each, starting at midnight. The sampling period began from July 1, 1996 to June 30, 1997 once every sixth day, yielding five 24-h samples for each month. The growing and harvesting practice has not changed over the years. In total, we collected 55 samples from Belle Glade and 61 samples from Delray Beach. Five 24-h samples per month were sufficient to estimate the true monthly mean particle concentration with a 95% confidence level.

Samples were collected using a Graseby high volume sampler (Graseby Andersen, Atlanta, USA) with a $PM_{10}$ selective inlet (G1200) and equipped with a constant volumetric flow controller. The high volume cascade impactor (Graseby/GWM, series 235 with five impactor stages plus a backup stage) was added to the sampler. The stages in the cascade impactor were as follows: Stage I: $7.2 \leq d_p \leq 10$ μm, Stage II: $3.0 \leq d_p \leq 7.2$ μm, Stage III: $1.5 \leq d_p \leq 3.0$ μm, Stage IV: $0.95 \leq d_p \leq 1.5$ μm, Stage V: $0.49 \leq d_p \leq 0.95$ μm, and Stage VI (backup filter stage): $d_p \leq 0.49$ μm, at an actual flow rate of 1.133 $m^3$/min. The filter on the high volume sampler acts as the backup filter to collect particles smaller than 0.49 μm.

Slotted glass fiber filters (SAC 230GF) and backup glass fiber filter (Graseby GMW P/N-810) were used for the size-segregated particle sampling for 10 months and there was no organic chemical analysis of the filter samples. Slotted quartz fiber filters (SAC 230QF) and backup quartz fiber filter (2500QAO-UP) were used for size-segregated particle sampling for the analysis of the organic compounds, including PAHs, during January and May of 1997. The quartz filters were preheated to eliminate the carbon blank associ-



Fig. 1. PM sampling locations: Belle Glade (rural site, dominated by sugarcane agriculture) and Delray Beach (urban site).

**Table 1**
Meteorological data (wind speed, WS; and wind direction, WD) in Belle Glade (rural site) and Delray Beach (urban site) for July 1996 through June 1997.

|  | Belle Glade | | Delray Beach | |
| --- | --- | --- | --- | --- |
|  | WS (m/s) | WD (°) | WS (m/s) | WD (°) |
| July | 1.34 | 144 | 4.65 | 163 |
| August | 1.67 | 200 | 3.64 | 143 |
| September | 1.62 | 214 | 3.90 | 153 |
| October | 2.00 | 93 | 3.85 | 96 |
| November | 5.07 | 99 | 5.80 | 111 |
| December | 2.40 | 85 | 3.43 | 93 |
| January | 2.54 | 122 | 3.59 | 154 |
| February | 1.96 | 150 | 4.01 | 176 |
| March | 3.11 | 149 | 3.52 | 170 |
| April | 3.54 | 132 | 4.85 | 146 |
| May | 2.54 | 148 | 3.49 | 160 |
| June | 2.60 | 96 | 2.35 | 140 |

ated with new filters at 550 °C. The trace organic compound analysis required more work. As a part of this study, the trace organic compounds of sources in the size-segregated $PM_{10}$ were analyzed in January (sugarcane burning season) and May (sugarcane growing season), and are discussed in Sevimoglu and Rogge (2015).

*Meteorological data*

All meteorological data, such as wind speed and direction, were collected at sites close to the particle sampling sites (Table 1). At Belle Glade, the meteorological data were acquired from the University of Florida Educational and Research Center (latitude: 26.669032°; longitude: −80.631259°); at Delray Beach, meteorological data were collected at the Palm Beach County Ozone Monitoring Site (latitude: 26.465919°; longitude: −80.074210°).

Florida's weather is typically very predictable; the difference between actual and seasonal meteorological conditions is relatively small. The coastal site usually has high wind speed (monthly average: (3.9 ± 0.9) m/s) from the Atlantic Ocean. Although wind speed is low (monthly average: (2.5 ± 1.0) m/s) in inland areas, air volumes from the coastal areas could be easily transported to the rural site. The sampling procedure was operated in accordance with the USEPA quality assurance program. The quality assurance covers sampling procedure, laboratory analysis, data interpretation and performance audit.

**Results and discussion**

*Monthly average size segregated $PM_{10}$*

The average 24-h $PM_{10}$ concentrations determined in this study ranged from 10 to 61 μg/m³ at Belle Glade and from 15 to 62 μg/m³ at Delray Beach. The monthly average $PM_{10}$ concentrations ranged from 19.2 to 34.2 μg/m³ at Belle Glade (annual mean 26.6 μg/m³) and from 18.6 to 30.9 μg/m³ at Delray Beach (annual mean 24.1 μg/m³), as shown in Fig. 2.

During the sugarcane harvesting season in December of 1996 and January of 1997, the average $PM_{10}$ concentrations at Belle Glade were 29.4 μg/m³ and 34.2 μg/m³, respectively, which were 54% and 58% higher than determined for the same months at Delray Beach (18.6 and 22.1 μg/m³, respectively). In contrast, during the SGS, similar levels of $PM_{10}$ were measured at Belle Glade (25.0 μg/m³) and Delray Beach (25.3 μg/m³).

On 26 July and 7 August, 1996, both sampling sites showed considerably elevated $PM_{10}$ concentrations. Easterly winds were predominant on these days. When examining the filter samples, the collected particulate matter was red-brownish, a typical indicator for North African dust. A 15-day backward airflow trajectory analysis (HYSPLIT model) was conducted for both locations dur-




**Fig. 2.** Monthly average size-segregated $PM_{10}$ concentrations at (a) Belle Glade and (b) Delray Beach.

ing the Saharan Dust event days using NCEP/NCAR reanalysis data (Fig. 3). It has been previously observed that Saharan dust can be transported from West Africa all the way across the Atlantic Ocean and ever further west by the Northeast Trades (Delany, Parkin, Griffin, Goldberg, & Reimann, 1967; Garrison et al., 2014; Perry, Cahill, Schnell, & Harris, 1999; Prospero, Olmez, & Ames, 2001). The trade winds are part of the global wind system, which originates in the oceanic subtropical high-pressure systems and typically expand to within a few degrees of the equator (Henry, Portier, & Coyne, 1994). The area involved in the dust events controlled by the Northeast Trades is roughly between 24.5° N and 31° N (Henry et al., 1994). Our study area falls well within the latitudinal range. It has been estimated that Saharan dust carried over the Atlantic is in the range of 60–400 million tons per year (Prospero, Uetmatsu, & Savoie, 1989; Schultz, Jaenicke, & Pietrek, 1981). Typically, atmospheric concentrations of mineral dust in the Northeast Trades off West Africa vary drastically from less than 1 μg/m³ in quiet periods to more than 700 μg/m³ during dust storms in the Sahara (Chester, Griffiths, & Hirst, 1979; Perry, Cahill, Eldred, Dutcher, & Gill, 1997).

Similar high $PM_{10}$ levels were also observed at the end of the sampling campaign in June, 1997, with the highest 24-h $PM_{10}$ concentration of 59.93 μg/m³ on 21 June, 1997. The wind back trajectories arriving in Belle Glade and Delray Beach on this sampling day are presented in Fig. 3. The particulate matter collected was black, indicative of combustion-generated particulate matter, possibly from biomass burning on the Caribic Islands or the northeastern part of South America (Fig. 3).

*Correlation of PMx mass concentrations*

Size-segregated 24-h PM concentrations of Belle Glade and Delray Beach are correlated based on PMx concentrations of SBS (11/1996–3/1997) and SGS (7/1996–10/1996 and 4/1997–6/1997) and are depicted in Fig. 4. During the sugarcane harvesting sea-



Fig. 3. 15-day backward airflow trajectories for Saharan dust events (July 26, 1996, and August 07, 1996) and the high-concentration black dust event (June 21, 1997).

son (pre-harvest foliage burning), except for very small particles of less than 0.95 μm in aerodynamic diameter and coarse particles in the range $3 < d_p < 7.2$ μm, the correlation between particle levels measured at Belle Glades and Delray Beach are typically negative, indicating that the sources of the PM at the two sites were indeed different. In contrast, during the SGS, when no sugarcane foliage burning occurs, the correlations for the two sites are positive, indicating that the ambient particulate levels measured at both sites may have similar sources.

*Monthly and annually averaged $PM_3$ and $PM_{10}$ concentrations*

Monthly average fine ($PM_3$) and coarse ($PM_{10}$–$PM_3$) particle concentrations at Belle Glade and Delray Beach are shown in Fig. 5. At Belle Glade, the monthly average $PM_{10}$ concentration comprised 53–76% of fine particulate matter ($PM_3$). In contrast, the fine particulate matter concentration at Delray Beach accounts for 51–66% of the $PM_{10}$. Based on an annual average, the fraction of the $PM_{10}$ composed of $PM_3$ is 60% at Belle Glade; slightly higher than that at Delray Beach (58.7%). Fine particles are primarily generated by combustion processes, while motor vehicle exhaust may be the major source of fine aerosol particles in Delray Beach, the urbanized area, this is not possible for Belle Glade where the major sources of fine particulate matter are traditional agricultural activities, pre-harvest sugar cane foliage burning, sugar mill operations, and harvesting equipment and truck traffic.

During the 6 months of the sugarcane harvesting season, from October to March, the average $PM_{10}$ concentration at Belle Glade (27.6 μg/m$^3$) was about 25% higher than that measured at Delray Beach (22.2 μg/m$^3$). Similarly, the average $PM_3$ concentration during the sugarcane harvesting and processing season was 16.3 μg/m$^3$ at Belle Glade, about 28.5% higher than that measured at Delray Beach (12.9 μg/m$^3$). In contrast, from April to September, when only traditional agricultural activities were undertaken around the Belle Glade area, the $PM_{10}$ levels at Belle Glade (25.2 μg/m$^3$) and Delray Beach (25.7 μg/m$^3$) were nearly identical at both sites. It should be pointed out that Delray Beach naturally has a higher level of pollutant dispersion due to the higher



**Fig. 4.** Correlation of the ambient particulate concentrations for Belle Glade versus Delray Beach for sugarcane harvesting (burning) and growing seasons. (burning season: 11/1996–3/1997 and growing season: 7/1996–10/1996 and 4/1997–6/1997).

wind velocities found close to the ocean. Neglecting long-range transport and considering the rural environment around Belle Glade, traditional agricultural activities and less effective atmospheric dispersion may together be responsible for the observed concentration levels. For example, a study conducted in the San Joaquin Valley in California, indicated that up to 50% or more of the $PM_{10}$ is directly related to agricultural activities (Chow et al., 1993).

*Polycyclic aromatic hydrocarbons (PAHs)*

During the course of this study, 18 PAHs were quantified in the size-segregated particle samples collected during January (SBS) and May (SGS) and include phenanthrene, fluoranthene, benzacenaphthylene, pyrene, benzo[ghi]fluoranthene (B[ghi]F), cyclopenta[CD]pyrene (CPP), benzo[A]anthracene, chrysene/triphenylene, benzo[K]&[B]fluoranthene, benzo[E]pyrene, benzo[A]pyrene, perylene, indeno[1,2,3-CD]pyrene, indeno[1,2,3-CD]fluoranthene (I[1,2,3-cd]F), benzo[ghi]perylene, and coronene (Figs. 6 and 7). The results indicated that about 55–70% of the total PAH mass was associated with particle diameters smaller than 0.49 μm. During SBS (January), total PAH levels were 7.36 ng/m³ at Belle Glade and only 3.0 ng/m³ at Delray Beach. This represents a PAH level in this rural region more than twice as high as that of the urban region. Quite in contrast, in SGS (May), the total PAH level at Belle Glade was only 0.49 ng/m³. Consequently, the sugarcane harvesting season (pre-harvest burning of foliage) resulted in PAH



**Fig. 5.** Monthly average fine ($PM_3$) and coarse ($PM_{10}$–$PM_3$) particle concentrations from July 1996 through June 1997 at (a) Belle Glade and (b) Delray Beach.



**Fig. 6.** Concentrations of size-segregated PAHs in Belle Glade and Delray Beach (January, 1997).



Fig. 7. Concentrations of size-segregated PAHs in Belle Glade and Delray Beach (May, 1997).

levels nearly 15 times higher than that observed during the growing season. In May, at Delray Beach, the total PAH concentration was 2.66 ng/m$^3$, similar to levels found in January. Considering that there is no correlation between the size-segregated particle concentrations observed at Belle Glade and those observed at Delray Beach during the SBS, and considering further the substantial difference in PAH levels during SBS versus SGS, it is highly likely that the elevated PAH levels in Belle Glade during the sugarcane harvest season are caused by the pre-harvest burning of sugarcane foliage.

## Conclusions

A unique dataset of size-segregated ambient particulate matter was obtained for an entire year in a sugarcane growing region (Belle Glade) and a nearby urbanized coastal city (Delray Beach). Timely parallel sampling at two locations is a very powerful tool to separate different regional and seasonal pollution sources and was consequently able to explain the high pollutant levels at the Belle Glade rural site. For ambient PM$_{10}$ levels, no significant differences were measured during the sugarcane growing season (spring, summer, and fall). In contrast, the PM levels during the sugarcane harvesting period (foliage burning, harvesting, and processing) were substantially elevated in Belle Glade. Likewise, PM$_3$ levels at the urban and rural sites show a similar trend. However, the average rural PM$_3$ level (4 $\mu$g/m$^3$) was higher than at the urban site (2 $\mu$g/m$^3$) in winter and spring. On average, the PM$_{10}$ consisted of 60% PM$_3$ at Belle Glade and 58.7% at Delray Beach. Most striking was the change in ambient concentrations for the 18 PAHs measured throughout the campaign. During the sugarcane harvesting and processing season, the total measured PAH level for these 18 compounds was 15 times higher than during the summer time, when agricultural activities around sugarcane fields were at a minimum and no cane processing occurred in the mills. This clearly indicates that pre-harvest foliage burning and enhanced field equipment usage during the harvesting season causes substantially elevated PAH levels. Belle Glade is a rural low-income town with simple homes that offer little protection to elevated PAH outdoor concentrations. Sugarcane growing and harvesting practice still continues in the same fashion today.

During the studied time period, the region was also impacted by a Northern Africa dust event (7/26/96–8/13/96), bringing substantial amounts of red-brownish dust. Atmospheric particles with diameters ranging from 1.5 to 10 $\mu$m experienced substantial increases in ambient concentrations, with additions of about 25 $\mu$g/m$^3$ for just the particle-size range from 3.0 and 7.2 $\mu$m. This indicates that African dust events can at times substantially elevate ambient particle concentrations in the study region.

## Acknowledgement

We thank James Stormer, Palm Beach County Health Department, Florida, for his support of this work.

## References

Bandowe, B. A. M., Meusel, H., Huang, R.-J., Ho, K., Cao, J., Hoffmann, T., et al. (2014). $PM_{2.5}$-bound oxygenated PAHs, nitro-PAHs and parent-PAHs from the atmosphere of a Chinese megacity: Seasonal variation, sources and cancer risk assessment. *Science of the Total Environment, 473*, 77–87.

Buzzanell, P., Lord, R., & Brown, N. B., Jr. (1992). The Florida sugar industry – Its evolution and prospects. *Sugar and Sweetener*, (June), 11–34.

Chester, R., Griffiths, A. G., & Hirst, J. M. (1979). The influence of soil-sized atmospheric particulates on the elemental chemistry on the deep-sea sediments of the northeastern Atlantic. *Marine Geology, 32*, 141–154.

Chou, C. C. K., Huang, S. H., Chen, T. K., Lin, C. Y., & Wang, L. C. (2005). Size-segregated characterization of atmospheric aerosols in Taipei during Asian outflow episodes. *Atmospheric Research, 75*(1), 89–109.

Chow, J. C., Watson, J. G., Lowenthal, D. H., Solomon, P. A., Magliano, K. L., Ziman, S. D., et al. (1993). $PM_{10}$ and $PM_{2.5}$ compositions in California San Joaquin Valley. *Aerosol Science and Technology, 18*(2), 105–128.

Da Rocha, G. O., Allen, A. G., & Cardoso, A. A. (2005). Influence of agricultural biomass burning on aerosol size distribution and dry deposition in southeastern Brazil. *Environmental Science & Technology, 39*, 5293–5301.

Delany, A. C., Parkin, D. W., Griffin, J. J., Goldberg, E. D., & Reimann, B. E. F. (1967). Airborne dust collected at Barbados. *Geochimica et Cosmochimica Acta, 31*(5), 885–909.

Garrison, V. H., Majewski, M. S., Foreman, W. T., Genualdi, S. A., Mohammed, A., & Massey Simonich, S. L. (2014). Persistent organic contaminants in Saharan dust air masses in West Africa, Cape Verde and the eastern Caribbean. *Science of the Total Environment, 468*, 530–543.

Ham, W. A., & Kleeman, M. J. (2011). Size-resolved source apportionment of carbonaceous particulate matter in urban and rural sites in central California. *Atmospheric Environment, 45*, 3988–3995.

Hays, M. D., Fine, P. M., Geron, C. D., Kleeman, M. J., & Gullett, B. K. (2005). Open burning of agricultural biomass: Physical and chemical properties of particle-phase emissions. *Atmospheric Environment, 39*, 6747–6764.

Henry, J. A., Portier, K. M., & Coyne, J. (1994). *The climate and weather of Florida*. Sarasota, FL: Pineapple Press Inc.

Hyslop, N. P. (2009). Impaired visibility: The air pollution people see. *Atmospheric Environment, 43*, 182–195.

Kam, W., Liacos, J. W., Schauer, J. J., Delfino, R. J., & Sioutas, C. (2012). Size-segregated composition of particulate matter (PM) in major roadways and surface streets. *Atmospheric Environment, 55*, 90–97.

Kleeman, M. J., Hughes, L. S., Allen, J. O., & Cass, G. R. (1999). Source contributions to the size and composition distribution of atmospheric particles: Southern California in September 1996. *Environmental Science & Technology, 33*, 4331–4341.

Laumbach, R. J., & Kipen, H. M. (2012). Respiratory health effects of air pollution: Update on biomass smoke and traffic pollution. *Journal of Allergy and Clinical Immunology, 129*(1), 3–11.

Le Blond, J. S., Williamson, B. J., Horwell, C. J., Monro, A. K., Kirk, C. A., & Oppenheimer, C. (2008). Production of potentially hazardous respirable silica airborne particulate from the burning of sugarcane. *Atmospheric Environment, 42*, 5558–5568.

Masiol, M., Hofer, A., Squizzato, S., Piazza, R., Rampazzo, G., & Pavoni, B. (2012). Carcinogenic and mutagenic risk associated to airborne particle-phase polycyclic aromatic hydrocarbons: A source apportionment. *Atmospheric Environment, 60*, 375–382.

Nickell, L. G. (1970, November). Comparison of burning vs. non-burning of Cane. In *Hawaiian Sugar Technology Reports, 29th Annual Conference* (pp. 101–110).

Ondov, J. M., Buckley, T. J., Hopke, P. K., Ogulei, D., Parlange, M. B., Rogge, W. F., et al. (2006). Baltimore supersite: Highly time- and size-resolved concentrations of urban $PM_{2.5}$ and its constituents for resolution of sources and immune responses. *Atmospheric Environment, 40*, 224–237.

Perry, K. D., Cahill, T. A., Eldred, R. A., Dutcher, D. D., & Gill, T. E. (1997). Long-range transport of North African dust to eastern United States. *Journal of Geophysical Research: Atmospheres, 102*(D10), 11225–11238.

Perry, K. D., Cahill, T. A., Schnell, R. C., & Harris, J. M. (1999). Long-range transport of anthropogenic aerosols to the National Oceanic and Atmospheric Administration baseline station at Mauna Loa Observatory, Hawaii. *Journal of Geophysical Research: Atmospheres, 104*(D15), 18521–18533.

Pongpiachan, S., Tipmanee, D., Khumsup, C., Kittikoon, I., & Hirunyatrakul, P. (2015). Assessing risks to adults and preschool children posed by $PM_{2.5}$-bound polycyclic aromatic hydrocarbons (PAHs) during a biomass burning episode in Northern Thailand. *Science of the Total Environment, 508*, 435–444.

Prospero, J. M., Olmez, I., & Ames, M. (2001). Al and Fe in $PM_{2.5}$ and $PM_{10}$ suspended particles in south-central Florida: The impact of the long range transport of African mineral dust. *Water, Air, and Soil Pollution, 125*(1), 291–317.

Prospero, J. M., Uetmatsu, M., & Savoie, D. L. (1989). Mineral aerosol transport to the Pacific Ocean. In J. P. Riley, & R. Chester (Eds.), *Chemical oceanography* (Vol. 10). London: Academic Press.

Radzi bin Abas, M., Oros, D. R., & Simoneit, B. R. T. (2004). Biomass burning as the main source of organic aerosol particulate matter in Malaysia during haze episodes. *Chemosphere, 55*, 1089–1095.

Raes, F., & Seinfeld, J. H. (2009). New directions: Climate change and air pollution abatement: A bumpy road. *Atmospheric Environment, 43*, 5132–5133.

Rogge, W. F., Hildemann, L. M., Mazurek, M. A., Cass, G. R., & Simoneit, B. R. T. (1991). Sources of fine organic aerosol. 1. Charbroilers and meat cooking operations. *Environmental Science & Technology, 25*, 1112–1125.

Rogge, W. F., Hildemann, L. M., Mazurek, M. A., Cass, G. R., & Simoneit, B. R. T. (1993a). Sources of fine organic aerosol. 2. Noncatalyst and catalyst-equipped automobiles and heavy-duty diesel trucks. *Environmental Science & Technology, 27*, 636–651.

Rogge, W. F., Hildemann, L. M., Mazurek, M. A., Cass, G. R., & Simoneit, B. R. T. (1993b). Sources of fine organic aerosol. 3. Road dust, tire debris, and organometallic brake lining dust: Roads as sources and sinks. *Environmental Science & Technology, 27*, 1892–1904.

Rogge, W. F., Hildemann, L. M., Mazurek, M. A., Cass, G. R., & Simoneit, B. R. T. (1993c). Sources of fine organic aerosol. 4. Particulate abrasion products from leaf surfaces of urban plants. *Environmental Science & Technology, 27*, 2700–2711.

Rogge, W. F., Hildemann, L. M., Mazurek, M. A., Cass, G. R., & Simoneit, B. R. T. (1994). Sources of fine organic aerosol. 6. Cigarette smoke in the urban atmosphere. *Environmental Science & Technology, 28*, 1375–1388.

Rogge, W. F., Hildemann, L. M., Mazurek, M. A., Cass, G. R., & Simoneit, B. R. T. (1997). Sources of fine organic aerosol. 8. Boilers burning No. 2 distillate fuel oil. *Environmental Science & Technology, 31*, 2731–2737.

Rogge, W. F., Medeiros, P. M., & Simoneit, B. R. T. (2006). Organic marker compounds for surface soil and fugitive dust from open lot dairies and cattle feedlots. *Atmospheric Environment, 40*, 27–49.

Rogge, W. F., Medeiros, P. M., & Simoneit, B. R. T. (2007). Organic marker compounds in surface soils of crop fields from the San Joaquin Valley fugitive dust characterization study. *Atmospheric Environment, 41*, 8183–8204.

Rogge, W. F., Medeiros, P. M., & Simoneit, B. R. T. (2012). Organic compounds in dust from rural and urban paved and unpaved roads taken during the San Joaquin Valley fugitive dust characterization study. *Environmental Engineering Science, 29*, 1–13.

Roy, P. O., Azevedo, L. B., Margni, M., van Zelm, R., Deschênes, L., & Huijbregts, M. A. J. (2014). Characterization factors for terrestrial acidification at the global scale: A systematic analysis of spatial variability and uncertainty. *Science of the Total Environment, 500–501*, 270–276.

Schultz, L., Jaenicke, R., & Pietrek, H. (1981). Sahara dust transport over the North Atlantic Ocean. *Geological Society of America Special Papers, 186*, 87–100.

Sevimoglu, O., & Rogge, W. F. (2015). Organic compound concentrations of size-segregated $PM_{10}$ in sugarcane burning and growing seasons at a rural and an urban site in Florida, USA. *Aerosol and Air Quality Research, 15*, 1720–1736.

Simoneit, B. R. T., Schauer, J. J., Nolte, C. G., Oros, D. R., Elias, V. O., Fraser, M. P., et al. (1999). Levoglucosan, a tracer for cellulose in biomass burning and atmospheric particles. *Atmospheric Environment, 33*, 173–182.

Stone, E. A., Hedman, C. J., Zhou, J., Mieritz, M., & Schauer, J. J. (2010). Insights into the nature of secondary organic aerosol in Mexico City during the MILAGRO experiment 2006. *Atmospheric Environment, 44*, 312–319.

Tombach, I., & Brewer, P. (2005). Natural background visibility and regional haze goals in the southeastern United States. *Journal of the Air & Waste Management Association, 55*, 1600–1620.