UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIE, ELIJAH SMITH, and
SHANTE LEGRAND, each individually and on
behalf of all others similarly situated,

Case No. 9:19-cv-80730-RS-MM

    Plaintiffs,
v.

FLORIDA CRYSTALS CORPORATION et. al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **JOSEPH P. KLOCK, JR.**, of the law firm of **RASCO KLOCK PEREZ & NIETO P.L.**, appears as co-counsel for Defendants *Florida Crystals Corporation, Osceola Farms Co.,* and *Okeelanta Corporation,* and requests that all papers served in this case be delivered to and served at the address set forth below.

Dated: January 27, 2020

**RASCO KLOCK PEREZ & NIETO P.L.**

By: /s/ *Joseph P. Klock, Jr.*
Joseph P. Klock, Jr. Esq., FBN 156678
jklock@rascoklock.com
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
Ph:   (305) 476-7106
Fax: (305) 675-7707

*Co-Counsel for Defendants Florida
Crystals Corporation, Osceola Farms Co.,
and Okeelanta Corporation*