**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CLOVER COFFIE, ELIJAH SMITH, and
SHANTE LEGRAND, each individually and on
behalf of all others similarly situated,                     Case No. 9:19-cv-80730-RS-MM

　　　Plaintiffs,

v.

FLORIDA CRYSTALS CORPORATION et. al.,

　　　Defendants.

_____/

## NOTICE OF APPEARANCE

　　　PLEASE TAKE NOTICE that GABRIEL E. NIETO of the law firm of RASCO

KLOCK PEREZ NIETO P.L., appears as co-counsel for Defendants *Florida Crystals*

*Corporation, Osceola Farms Co., and Okeelanta Corporation, and requests that all*

*papers served in this case be delivered to and served at the address set forth below.*

Dated: January 27, 2020

　　　　　　　　　　　　　　　　**RASCO KLOCK PEREZ & NIETO P.L.**

　　　　　　　　　　　　　　　　s/Gabriel E. Nieto_____
　　　　　　　　　　　　　　　　Gabriel E. Nieto, P.A., FBN 147559
　　　　　　　　　　　　　　　　gnieto@rascoklock.com
　　　　　　　　　　　　　　　　2555 Ponce de Leon Blvd., Suite 600
　　　　　　　　　　　　　　　　Coral Gables, Florida 33134
　　　　　　　　　　　　　　　　Ph:  (305) 467-7100
　　　　　　　　　　　　　　　　Fax: (305) 675-0459

　　　　　　　　　　　　　　　　*Co-Counsel for Defendants Florida Crystals*
　　　　　　　　　　　　　　　　*Corporation, Osceola Farms Co., and*
　　　　　　　　　　　　　　　　*Okeelanta Corporation*