UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLOVER COFFIE, ELIJAH SMITH, and
SHANTE LEGRANDE, each individually and
on behalf of all others similarly situated,

    Plaintiffs,

vs.

UNITED STATES SUGAR CORPORATION,
a Delaware Corporation, et al.

    Defendants.
_____/

Case No. 9:19-cv-80730-RS-MM
CLASS ACTION
Jury Trial Demanded

## NOTICE OF ATTORNEY CHANGE OF ADDRESS

Pursuant to EC/CMF Local Rule of Administrative Procedure 3D, undersigned counsel for all Plaintiffs hereby advises the Court of the following address and contact changes:

> Matthew T. Moore
> The Law Offices of Berman & Berman, P.A.
> P.O. Box 272789
> Boca Raton, FL 33427.
> Tel: (561) 826-5200
> Fax: (561) 826-5201
> Primary email:  mmoore@thebermanlawgroup.com
> Secondary email: service@thebermanlawgroup.com

Undersigned respectfully request the Clerk to update this matter and the docket with above information.

Dated this 13th day of March, 2020.

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

By:  /s Matthew T. Moore
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter including those on the attached Service List.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

# SERVICE LIST

**Attorneys for Plaintiffs**
Matthew T. Moore, Esq.
Joseph C. Schultz, Esq.
Zachary West, Esq.
The Berman Law Group
PO Box 272789
Boca Raton, FL 33427
T: 561-826-5200
F: 561-826-5201
Primary Email:
service@thebermanlawgroup.com
Secondary Email:
mmoore@thebermanlawgroup.com;
jschulz@thebermanlawgroup.com;
zwest@thebermanlawgroup.com

**Attorneys for Defendant J &J Ag Products, Inc.** Andrew S. Connell, Jr., Esq.
Litchfield Cavo LLP
600 Corporate Drive, Suite 600
Ft. Lauderdale, FL 33334
T: 954-689-3000
F: 954-689-3001 Email:
Connell@litchfieldcavo.com;
deatley@litchfieldcavo.com

**Attorneys for Defendant Sugar Cane Growers Cooperative of Florida**
Jennifer J. Kennedy, Esq.
Abbey, Adams, Byelick & Mueller, LLP
360 Central Avenue, 11th Floor
St. Petersburg, FL 33711
T: 727-821-2080
F: 727-822-3970
Email: jkennedy@abbeyadams.com
ServiceJKennedy@AbbeyAdams.com

David J. Abbey, Esq.
Abbey, Adams, Byelick & Mueller, LLP
3201 US Highway 19 South, 9th Floor
St. Petersburg, FL 33711
T: 727-821-2080
Email: servicedabbey@abbeyadams.com
PRO HAC VICE

**Attorneys for Defendants United States Sugar Corporation, Sugarland Harvesting Co., and Independent Harvesting, Inc.**
Brian M. McPherson, Esq.
Gregor J. Schwinghammer, Jr., Esq.
Gunster, Yoakley & Stewart, PA
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
T: 561-655-1980
F: 561-655-5677
Primary Email: bmcpherson@gunster.com;
gschwinghammer@gunster.com;
Secondary Emails: eservice@gunster.com;
jhoppel@gunster.com

Mark R. Ter Molen, Esq.
Timothy S. Bishop, Esq.
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606
Ter Molen – T: 312-701-7307
Bishop – T: 312-701-7829
Email: mtermolen@mayerbrown.com;
tbishop@mayerbrown.com
PRO HAC VICE

**Attorneys for Defendants Florida Crystals Corporation, Flo Sun Incorporated, American Sugar Refining, Inc., Okeelanta Corporation, and Osceola Farms**
Jennifer Ann McLoone, Esq.
Shook, Hardy & Bacon, LLP
201 South Biscayne Blvd., Suite 3200
Miami, FL 33131
T: 305-358-5171
F: 305-358-7470
Email: jmcloone@shb.com

David Brent Dwerlkotte, Esq.
Mark D. Anstoetter, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
T: 816-474-6550
Email: dbdwerlkotte@shb.com;
manstoetter@shb.com
PRO HAC VICE

**Attorneys for Defendant Trucane Sugar Corporation**
Mark A. Hendricks, Esq.
Forrest L. Andrews, Esq.
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
T: 305-416-3180
F: 305-416-3190
Email: mah@lydeckerdiaz.com;
fla@lydeckerdiaz.com
Secondary Email: ih@lydeckerdiaz.com;
adl@lydeckerdiaz.com

**Co-Counsel for DefendantUS Sugar Corporation, Sugarland Harvesting Co., and Independent Harvesting, Inc.**
Eugene K. Pettis, Esq.
Haliczer Pettis & Schwamm, PA
One Financial Plaza, 7th Floor
100 SE 3rd Avenue
Fort Lauderdale, FL 33394
T: 954-523-9922
F: 954-522-2512
Email: Service@hpslegal.com