## ZONE DEFINITIONS AND RESTRICTIONS

### ZONE I

LOCATION: From the East Coast, westwards to a north/south line one (1) mile east of range 39.

RESTRICTIONS: **NO BURNING** allowed with winds from the **NNW, NW, W, SW, or SSW**.

### ZONE II NORTH

LOCATION: All areas north of County Road 880 from the western boundary of Zone I, westward to a north/south line two (2) miles east of range 38.

RESTRICTIONS: **NO BURNING** allowed with SURFACE AND TRANSPORT winds; **SW, W, NW**, unless winds are **less than 9 mph** and backing fires are used. **NEED OIC** (Officer in Charge) **APPROVAL.**

### ZONE II SOUTH

LOCATION: All areas south of County Road 880 from the western boundary of Zone I, westward to a north/south line two (2) miles east of range 38.

RESTRICTIONS: **NO BURNING** allowed with SURFACE AND TRANSPORT winds; **SW, W, NW**, unless winds are **9 mph** or less and backing fires are used. **NEED OIC APPROVAL.**

## ZONE III NORTH

LOCATION: All areas north of County Road 880 from the western boundary of Zone II, west to a north/south line three (3) miles east of range 37.

RESTRICTIONS: **NO BURNING** allowed with SURFACE AND TRANSPORT winds; **W or NW**, unless winds are **12 mph or less and backing fires are used, SW winds exceeding 15mph** use backing fire.

## ZONE III SOUTH

LOCATION: All areas south of County Road 880 from the western boundary of Zone II, westward to a north/south line three (3) miles east of range 37.

RESTRICTIONS: **NO BURNING** allowed with SURFACE AND TRANSPORT winds; **SW, NW, W**, unless winds are **12 mph or less and** backing fires are used.

## ZONE IV

LOCATION: All areas from the western boundary of Zone III.

RESTRICTIONS: Burning with winds **NW, W, or SW** having wind speeds **exceeding 15 mph** requires use of backing fires.