**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-80730-RS-MM

| | |
|---|---|
| WILLIAM ARMSTRONG, GLORIA ATKINS, JAMES BROOKS, R. BUTTS., INC., CLOVER COFFIE, DEBRA JONES, SHANTE LEGRAND, DONALD MCLEAN, ROBERT REIMBOLD, ELIJAH SMITH, and LINDA WILCHER, each individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SUGAR CORPORATION, a Delaware Corporation; SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, a Florida not for profit corporation; FLORIDA CRYSTALS CORPORATION, a Delaware corporation; OKEELANTA CORPORATION, a Delaware corporation; OSCEOLA FARMS, a Florida corporation; SUGARLAND HARVESTING CO., a Florida not for profit corporation, TRUCANE SUGAR CORPORATION, a Florida corporation; INDEPENDENT HARVESTING, INC., a Florida corporation; and J & J AG PRODUCTS, INC., a Florida corporation, <br><br> Defendants. | HONORABLE RODNEY SMITH <br> CLASS ACTION <br> Jury Trial Demanded |

- 1 -

CASE NO. 9:19-cv-80730-RS-MM

## NOTICE OF ENTRY OF PARTIES

Plaintiffs and undersigned identify the following additional Plaintiffs, which have been added to the docket:

WILLIAM ARMSTRONG;

GLORIA ATKINS;

JAMES BROOKS;

R. BUTTS., INC.;

DEBRA JONES;

DONALD MCLEAN;

ROBERT REIMBOLD;

and LINDA WILCHER;

each individually and on behalf of all others similarly situated.

Respectfully submitted this 22nd day of June, 2020

**THE BERMAN LAW GROUP**

By: */s/ Matthew T. Moore*
Matthew T. Moore, Esq., Fla. Bar No. 70034

Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com
Zachary West, Fla. Bar No. 71134
Primary: service@thebermanlawgroup.com
Secondary: zwest@thebermanlawgroup.com
Joseph Schulz, Fla. Bar No. 660620
Primary: service@thebermanlawgroup.com
Secondary: jschulz@thebermanlawgroup.com
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

Steve W. Berman (admitted *pro hac vice*)
Ted Wojcik (admitted *pro hac vice*)

CASE NO. 9:19-cv-80730-RS-MM

HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com

*Attorneys for Plaintiffs*

CASE NO. 9:19-cv-80730-RS-MM

- 4 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this June 22, 2020 using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list.

                                              */s/ Matthew Moore*
                                                  Matthew Moore, Esq.

CASE NO. 9:19-cv-80730-RS-MM

## SERVICE LIST

**Attorneys for Plaintiffs**

Matthew T. Moore, Esq.
Joseph C. Schultz, Esq.
Zachary West, Esq.
The Berman Law Group
PO Box 272789
Boca Raton, FL 33427
T: 561-826-5200
F: 561-826-5201
Primary Email:
service@thebermanlawgroup.com
Secondary Email:
mmoore@thebermanlawgroup.com;
jschulz@thebermanlawgroup.com;
zwest@thebermanlawgroup.com

Steve W. Berman, Esq.
Ted Wojcik, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLC
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com

**Attorneys for Defendant J &J Ag Products, Inc.** Andrew S. Connell, Jr., Esq.
Litchfield Cavo LLP
600 Corporate Drive, Suite 600
Ft. Lauderdale, FL 33334
T: 954-689-3000
F: 954-689-3001 Email:
Connell@litchfieldcavo.com;
deatley@litchfieldcavo.com

**Attorneys for Defendant Sugar Cane Growers Cooperative of Florida**
Jennifer J. Kennedy, Esq.
Abbey, Adams, Byelick & Mueller, LLP
360 Central Avenue, 11th Floor
St. Petersburg, FL 33711
T: 727-821-2080
F: 727-822-3970
Email: jkennedy@abbeyadams.com
ServiceJKennedy@AbbeyAdams.com

David J. Abbey, Esq.
Abbey, Adams, Byelick & Mueller, LLP
3201 US Highway 19 South, 9th Floor
St. Petersburg, FL 33711
T: 727-821-2080
Email: servicedabbey@abbeyadams.com
*Pro Hac Vice*

**Attorneys for Defendants United States Sugar Corporation, Sugarland Harvesting Co., and Independent Harvesting, Inc.**
Brian M. McPherson, Esq.
Gregor J. Schwinghammer, Jr., Esq.
Gunster, Yoakley & Stewart, PA
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
T: 561-655-1980
F: 561-655-5677
Primary Email: bmcpherson@gunster.com;
gschwinghammer@gunster.com;
Secondary Emails: eservice@gunster.com;
jhoppel@gunster.com

CASE NO. 9:19-cv-80730-RS-MM

Mark R. Ter Molen, Esq.
Timothy S. Bishop, Esq.
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606
Ter Molen – T: 312-701-7307
Bishop – T: 312-701-7829
Email: mtermolen@mayerbrown.com;
tbishop@mayerbrown.com
*Pro Hac Vice*

**Attorneys for Defendants Florida Crystals Corporation, Okeelanta Corporation, and Osceola Farms**
Jennifer Ann McLoone, Esq.
Shook, Hardy & Bacon, LLP
201 South Biscayne Blvd., Suite 3200
Miami, FL 33131
T: 305-358-5171
F: 305-358-7470
Email: jmcloone@shb.com

David Brent Dwerlkotte, Esq.
Mark D. Anstoetter, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
T: 816-474-6550
Email: dbdwerlkotte@shb.com;
manstoetter@shb.com
*Pro Hac Vice*