**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:19-cv-80730-SMITH**

CLOVER COFFIE, ELIJAH SMITH, and
SHANTE LEGRANDE, each individually and
on behalf of all others similarly situated,

    Plaintiffs,

vs.

FLORIDA CRYSTALS CORPORATION,
*et al*.,

    Defendants.
_____/

**ORDER GRANTING CONSENT MOTION**
**TO DROP PARTY/PLAINTIFF R. BUTTS, INC.**

    This cause came before the Court on the Plaintiffs' Consent Motion to Drop Party Pursuant to Rule 21 [DE 136], in which Plaintiffs seek to drop R. Butts, Inc. as a party/plaintiff. Upon consideration, it is

    **ORDERED** that Plaintiffs' Consent Motion to Drop Party Pursuant to Rule 21 [DE 136] is **GRANTED**. The Clerk is directed to terminate R. BUTTS, INC. as a party.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of July, 2020.

                                                                        _____
                                                                        RODNEY SMITH
                                                                        UNITED STATES DISTRICT JUDGE

cc: All counsel of record