# EXHIBIT "B"





Archives of Environmental Health: An International Journal

ISSN: 0003-9896 (Print) (Online) Journal homepage: https://www.tandfonline.com/loi/vzeh20

# Mount St. Helens Eruptions: The Acute Respiratory Effects of Volcanic Ash in a North American Community

Peter J. Baxter , Roy Ing , Henry Falk & Brian Plikaytis

To cite this article: Peter J. Baxter , Roy Ing , Henry Falk & Brian Plikaytis (1983) Mount St. Helens Eruptions: The Acute Respiratory Effects of Volcanic Ash in a North American Community, Archives of Environmental Health: An International Journal, 38:3, 138-143, DOI: 10.1080/00039896.1983.10543994

To link to this article: https://doi.org/10.1080/00039896.1983.10543994

Published online: 11 Dec 2012.

Submit your article to this journal

Article views: 37

View related articles

Citing articles: 47 View citing articles

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=vaeh20

# Mount St. Helens Eruptions:
# The Acute Respiratory Effects of Volcanic Ash
# in a North American Community

PETER J. BAXTER, M.D., M.R.C.P. (U.K.)*
ROY ING, M.D.
HENRY FALK, M.D.
BRIAN PLIKAYTIS, M.S.
Chronic Disease Division
Center for Environmental Health
Centers for Disease Control
Atlanta, GA 30333

ABSTRACT. After the May 18, 1980 volcanic eruption of Mount St. Helens, increases were observed in the number of patients who, because of asthma or bronchitis, sought medical care at emergency rooms of major hospitals in areas of ashfall. An interview study of 39 asthma and 44 bronchitis patients who became sick during the 4 wk following the eruption and who attended the emergency rooms of two major hospitals in Yakima, Washington, and of healthy matched controls indicated that a history of asthma, and possibly of bronchitis, were risk factors for contracting respiratory problems. The interview study also indicated that the main exacerbating factor was the elevated level of airborne total suspended particulates (in excess of 30,000 $\mu g/m^3$) after the eruption. An interview study of 97 patients who had chronic lung disease and who lived in the same area as the above-mentioned patients, but who did not go to a hospital, showed that the ashfall exacerbated the condition in about one-third of these. Emergency planners and their geologist advisers should be aware that special preventive measures are justified for people with a history of asthma or chronic lung disease who live in communities at risk to volcanic ashfalls.

THE MAJOR volcanic eruptions of Mount St. Helens on May 18, May 25, and June 12, 1980 exposed at least 1.25 million people in Washington State to volcanic ashfall for the first time.[1] Immediately after each eruption, air quality monitoring stations in the paths of the three eruption plumes recorded markedly elevated levels of total suspended particulates (TSPs), and increases were noted in the number of hospital emergency room (ER) visits due to respiratory complaints (mainly asthma and bronchitis) in large towns where the ashfall exceeded a depth of 0.5 mm.[1,2] Here, utilizing hospital records and a case-control questionnaire survey, we examined the relationship between exposure to air levels of volcanic ash and the onset of acute asthmatic and bronchitic illnesses in patients seen at two large hospitals in Yakima, Washington, during the 4 wk following the massive May 18 eruption. In addition, we investigated the impact of this eruption on

---

* Dr. Baxter's present address is: Health and Safety Executive, Employment Medical Advisory Service, Maritime House, 1 Linton Road, Barking, Essex, England.

the health of people with known chronic respiratory disease who did not attend the hospital; for this purpose we interviewed patients registered with the Washington Lung Association who lived in the Yakima area and registered patients living in a control community.

## METHODS

Yakima (1970 census population, 52,250) is situated in an irrigated desert valley (mean annual rainfall, 7 inches) approximately 135 km northeast of Mount St. Helens in a major fruit-growing region. Yakima was the first large community in the path of the plume from the May 18 eruption, receiving an average depth of compacted ash of about 8 mm, compared with 2–4 mm in the rest of the Yakima area, including Ellensberg and the Yakima Valley. The ash fell first as a dark layer of sand-like fragments of rocks and crystals, followed by a lighter layer of finer pumice and volcanic glass shards arising from juvenile magma (Fig. 1). Over 90% of the particles were smaller than 10 $\mu$m and thus were within respirable range.[3]

**Asthma and bronchitis patients.** The two Yakima hospitals in the surveillance system were the largest in the county and provided emergency care for Yakima and its environs. There were other smaller hospitals and clinics in Ellensburg and the Yakima Valley, including ones for migrant agricultural workers and their families.[2] Since agriculture is a major industry in the area, frequent occupational exposure to ash was expected. By reviewing hospital records, as described previously,[1] we identified patients who attended the ERs of the two Yakima hospitals because of illnesses diagnosed as asthma, wheezing, acute bronchitis, chronic obstructive pulmonary disease, cough, or hyperventilation during the 2 wk before and the 4 wk after the May 18 eruption. For comparison, we also obtained the numbers of such patients in 1979. Patients with asthma and bronchitis were mainly responsible for the increased number of ER visits and were, therefore, studied further.

To maintain confidentiality, representatives of the hospitals wrote to the asthma and bronchitis patients to obtain their consent to be interviewed. If necessary, a second mailing was sent, followed by at least two telephone calls and a visit to the home. One control was selected for each patient: the person of the same age (adults ± 5 yr, children ± 1 yr), race, and sex who lived nearest the patient in the same neighborhood. Matching controls to patients by neighborhood was considered the most appropriate method for controlling for socioeconomic status (Yakima could be readily divided into three well-defined areas of high-, middle-, and low-cost housing), and allowing for neighborhood differences in exposure to ash, which we could not measure in this study. The controls were either known by their respective subjects or identified by a door-to-door search; if no neighborhood control was available, the control was selected from another neighborhood of the same socioeconomic class.



Fig. 1. Scanning electron microscopy of ash samples from Yakima, showing particles and shards of volcanic glass and pumice. Note very fine particles adhering to larger particles.

**Lung association patients.** For the second part of the study, with the consent of the appropriate family physicians, the Washington Lung Association provided a list of all patients in Yakima County and Ellensburg known to have attended therapeutic classes for chronic respiratory diseases. For comparison, we obtained a listing of Lung Association patients in Mount Vernon County, situated on the western side of the Cascade Range, since this area was similarly agricultural but had not received any ashfall. To reduce problems of recall we concentrated on symptoms occurring between May 18–May 25 in both groups.

All participants were interviewed in their homes. The questionnaire was based on the British Medical Research Council Respiratory Symptom questionnaire, extended to include questions on exposure to ash (time spent outdoors, involvement in house and community cleanup, wearing of masks, incidents when heavy exposure may have occurred); onset and duration of respiratory symptoms before and after the May 18 ashfall, including attendances at hospitals or clinics and medications; and housing information (location, number of rooms and occupants, use of storm windows and doors, and type of home heating, cooking stove, and ventilation). Interviewers were trained in the use of the questionnaire and selection of matched controls; interviewing began in mid-August and was completed by mid-September 1980.

We obtained averages of air concentrations of TSPs from the Washington State Department of Ecology. These measurements were routinely made by using a standard Hi-Vol sampler located on top of the County Hall Building in the center of Yakima.

Questionnaires were coded and analyzed by matched-pair methods[4] for asthma and bronchitis patients and their controls. For internal comparisons of Lung Association patients, we used a program devised by Thomas for combinations of 2 × 2 tables.[5]

## RESULTS

**Total suspended particulates.** On May 18, the ashfall started at 9:45 A.M. and lasted for approximately 8 hr, causing almost total darkness at times. TSP levels averaged 33,402 µg/m³ on that day (Fig. 2), but could have been higher because the sampler was not designed to measure such high loads. For comparison, the geometric mean TSP level for Yakima in 1979 was 80 µg/m³.[6]

The next day TSP levels began to fall, reaching 13,609 µg/m³; levels reached 5,863 µg/m³ on May 20. Winds increased during the next 2 days, with gusts up to 20 mph, and, although there was a trace of rain on May 21, TSP levels rose to 13,273 µg/m³ on May 21 and to 28,465 µg/m³ on May 22, falling again to 9,848 µg/m³ on May 23. A mean wind speed of 15 mph kept TSP levels between 1,773 and 3,372 µg/m³ on May 24 and 25, until a rainfall of 0.44 inch in the early morning on May 26 caused the TSP to fall dramatically to 248 µg/m³. During the next 3 wk, TSP levels ranged from 55–254 µg/m³, except for May 28 and 29 when wind speeds of 13–21 mph drove TSP levels to 334 and 689 µg/m³, respectively.

**Asthma and bronchitis patients.** The number of ER visits due to both asthma and bronchitis at the two Yakima hospitals doubled on May 18 and peaked the next day (Fig. 2). Between May 18 and May 25, when rain caused a precipitous fall in TSP, the number of visits was 79, three times higher than the number for the same time period in 1979. The increase was greater for asthma cases. Thereafter, the number dropped concurrently with the fall in TSPs, but for the next 3 wk the average number of visits remained 60% higher than the number for the same period in 1979.

During the 4 wk after the eruption, 185 ER visits were due to asthma and bronchitis, compared with 92 for the same period in 1979. The 185 visits were made by 63 asthma patients and 91 bronchitis patients, 71 (46%) of whom either could not be contacted by the hospitals regarding an interview or refused to participate. Of those not included in the questionnaire survey, 27% were known to live outside the county and to have been travelling in the Yakima area when they became ill; the ones who could not be contacted either had moved since the eruption or had been living in the area only temporarily. Twenty-two (31%) of the patients not included in the questionnaire survey had refused to participate.

Thus, we interviewed 39 asthma patients (22 male, 17 female) and 44 bronchitis patients (23 male, 21 female), or their parents, and an equal number of controls. Because of the small numbers, the results for the sexes were pooled. The mean age (and range) of the asthma case and control groups was 27 yr (1–81 yr); the mean age of the bronchitis case and control groups was 30 yr (1–72 yr). Forty-four percent of the asthma patients and 23% of the bronchitis patients were aged 10 yr or under.

In 80% of interviewed cases, the onset of illness occurred between May 18 and May 25; the number of cases peaked on May 18 ($N = 20$) and May 19 ($N = 18$).



Fig. 2. Daily temperatures (maximum and minimum), average wind velocities, total suspended particulate levels (µg/m³), and number of emergency room visits due to asthma and bronchitis at the two major hospitals in Yakima, May 18–25, 1980. (Environmental Protection Agency significant harm emergency pollution level = 1,000 µg/m³ 24-hr mean.)

Table 1.—Percentage of Positive Responses to Questionnaire Items on Chest-Related Illness before the Eruption and Ash Exposure During the 2 wk Following, among Asthma and Bronchitis Patients and Their Matched Controls

|  | Asthma | | | Bronchitis | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Cases | Controls | P Value | Cases | Controls | P Value |
| *Past symptoms* | | | | | | |
| Morning cough, winter | 38 | 20 | <.05 | 34 | 20 | N.S. |
| Day or night cough, winter | 41 | 15 | <.05 | 25 | 16 | N.S. |
| Morning phlegm, winter | 28 | 15 | N.S. | 25 | 9 | <.05 |
| Day or night phlegm, winter | 23 | 13 | N.S. | 18 | 9 | N.S. |
| Chronic bronchitis* | 28 | 8 | <.05 | 23 | 4 | <.02 |
| Asthma† | 77 | 5 | <.001 | 14 | 2 | N.S. |
| Shortness of breath, hurrying or walking up slight hill | 36 | 15 | <.05 | 23 | 0 | <.01 |
| *Past diagnosis* | | | | | | |
| Bronchitis | 67 | 23 | <.001 | 64 | 27 | <.01 |
| Emphysema | 5 | 0 | N.S. | 7 | 0 | N.S. |
| Pneumonia | 49 | 23 | <.02 | 39 | 25 | N.S. |
| Asthma | 90 | 8 | <.001 | 27 | 4 | <.01 |
| Hay fever | 51 | 18 | <.01 | 46 | 18 | <.001 |
| *Smoking habit* | | | | | | |
| Current smoker | 10 | 21 | N.S. | 39 | 36 | N.S. |
| Past smoker | 10 | 10 | N.S. | 16 | 0 | .05 |
| *Ash exposure* | | | | | | |
| Cleanup outside house | 33 | 59 | <.05 | 73 | 89 | N.S. |
| Community cleanup | 3 | 26 | <.01 | 27 | 16 | N.S. |
| Regular mask-wearer outdoors | 87 | 62 | <.02 | 80 | 57 | <.02 |
| Outdoors for less than 1 hr/day | 67 | 51 | N.S. | 27 | 16 | N.S. |
| No. of subject pairs |  | 39 |  |  | 44 |  |

* Regular cough and phlegm first thing in the morning in winter, or during the day or night in winter, for as many as 3 months each year.
† Wheezing and whistling of the chest, with attacks of shortness of breath with wheezing.

Of the asthma patients, 90% reported a previous history of asthma (Table 1); in addition, wheezing with shortness of breath was a predominant symptom at the ER, having been recorded on examination in 97% of the cases. Six patients had such severe symptoms that they were hospitalized. Before the volcano erupted, 28% of the asthma patients had previous symptoms of chronic bronchitis; 36% reported shortness of breath when hurrying on level ground or walking up a slight hill. Asthma patients were also significantly ($P < .05$) more likely than controls to have had previously diagnosed bronchitis (67%), pneumonia (49%), or hay fever (51%). Patients with an ER diagnosis of bronchitis were also significantly more likely than controls to have a past history of asthma (27%), bronchitis (64%), or chronic bronchitis (23%); before the eruption, 23% of the patients became short of breath when hurrying on level ground or walking up a slight hill. Cough was the predominant presenting symptom, and wheezes were recorded for 27% of the patients. Four bronchitis patients were admitted to the hospital. No patients died from these acute illnesses.

Significantly fewer asthma patients than controls helped clean up ash outside their houses, and most were not involved in community cleanup. However, bronchitis patients did not differ from their controls in these respects. In both groups of patients, wearing a face mask was significantly more common than it was in the control groups. Only five bronchitis and two asthma patients recalled specific exposures to ash which could have caused their illness; they had either walked outside in dusty conditions or performed clean-

up tasks. No significant differences were found between cases and controls for type of housing, including mode of ventilation and heating or cooking or number of occupants.

**Lung association patients.** One hundred and thirty residents of Yakima County and Ellensburg were registered with the Washington Lung Association. Twenty-nine (18%) declined to be interviewed. To simplify the analysis, we excluded 4 patients in the exposed group because they were less than 40 yr of age. The mean ages (and ranges) of the 48 men and 49 women studied were 67 yr (45–81 yr) and 62 yr (42–85 yr), respectively. Of 28 patients living in the Mount Vernon (control) area, 25 agreed to participate. Their mean ages (and ranges) were 70 yr (56–83 yr) for men and 67 yr (58–73 yr) for women.

Ninety-one (94%) of the patients in the ashfall area had symptoms or medical history (or both) of chronic bronchitis, asthma, or emphysema. About 85% of both sexes stated that they became short of breath when walking with other people of their own age on level ground. Men were more likely than women to have had a previous diagnosis of emphysema (83% compared with 41%) and heart problems (46% compared with 18%), whereas 53% of the women and 35% of the men had previously diagnosed asthma. A similar pattern of chronic lung disease was seen in the Mount Vernon group, but that group was too small for detailed comparison.

Between May 18 and 25, at least one of the following symptoms had developed or exacerbated in 31 (32%) of these patients: cough (74%), production of phlegm (65%), shortness of breath (61%), wheeze (61%), or attacks of shortness of breath and wheezing (65%). The onset of these exacerbations peaked on May 18. In contrast, only 1 patient (4%) in the Mount Vernon area reported an increase in respiratory symptoms that week.

Age, sex, type of pre-existing respiratory disease, and other study variables, such as type of housing or smoking habit, were not significantly different among the Lung Association patients affected by the ash compared with those not affected. Furthermore, heavier exposure to ash (for example, participation in home and cleanup operations, mask wearing, and length of time spent outdoors) apparently was not a factor. Twenty-four people blamed the ash for their worsened respiratory problems, but no specific incidents of undue exposure were mentioned. Occupation was not relevant, since most patients were either retired or housewives. Twenty-three patients were on medication at the time of the eruption, but only 3 had to modify their regimen afterwards, and 1 patient who had not been on therapy was started on therapy after the eruption. Four of those interviewed had visited the hospital ER between May 18 and 25 for their complaints; 1 person was admitted. Of the 31 patients at the time of interview, 58% said their condition had not improved, and half of these stated that their usual activities were still curtailed as a consequence. (Ash was still on the ground in many places at the time of the interviews.)

## DISCUSSION

This and the previous study[1] demonstrated a fourfold increase in the number of asthma patients and a twofold increase in the number of bronchitis patients attending the ERs of the two largest hospitals in Yakima during the period of high TSP levels from May 18–25, when compared with the same period in 1979. With the fall in TSP levels to below 260 $\mu g/m^3$ on most days after May 25, the number of patients in both disease categories fell also, but for the next 3 wk the number continued to be about 60% more than in 1979. Among the Lung Association patients with chronic respiratory disease, about one-third had a mild exacerbation of symptoms from May 18–25.

This follow-up questionnaire survey showed that at least 90% of ER patients with diagnosed asthma had a history of this disease and were also known to have wheezes on examination. Of the patients with diagnosed bronchitis, 27% had previously had diagnosed asthma. The results suggest that the two diagnoses covered a spectrum of airways irritation from severe asthma to severe cough and that the increased number of ER visits was a direct result of the irritating effects the elevated TSP levels had on the patients' airways. Indoor-air TSP levels were not measured in Yakima, but fine dust infiltrated many homes, forming visible layers on the furniture. Undoubtedly, a key factor in reducing illness was the rainfall on May 26, after which outdoor TSP levels dropped dramatically. Pollen counts were not routinely measured in Washington State, but our findings in this and in the other eruptions of Mt. St. Helens[1] point to a close spatial and temporal relationship between TSP levels and the onset of illness, which strongly suggests that the observed increased number of cases was not seasonal.

In all three groups (asthma, bronchitis, and Lung Association patients), only a few persons recalled a specific incident when they were exposed to unduly high levels of ash that could have precipitated their illness. In fact, few had worked in ash cleanup operations, and significantly more asthma patients than controls had worn masks, suggesting that many of our subjects had deliberately avoided heavy exposure. Most people, especially those with lung problems, followed the official advice issued through the media—to stay indoors and wear respiratory protection during periods of heavy resuspension of ash or when working outside. Lightweight, high-efficiency industrial masks did not become widely available in Yakima until after May 25, so the masks used during the highest TSP levels were rudimentary, such as handkerchiefs, scarfs, and coffee filter papers, which probably were not very efficient.

One limitation of this study was that only 54% of the ER patients with asthma or bronchitis could be traced and interviewed, highlighting the difficulties encountered in retrospective studies of ER patients. To achieve a high response rate in any future eruption, a survey team should administer questionnaires at the same time the patients are attending the hospitals. Ideally, age- and sex-matched control groups should also have been selected from known asthmatic and

bronchitic patients who did not become sick after the eruption to determine more precisely the factors giving rise to the observed illnesses; in practice, the identification of such individuals in this community study posed insuperable difficulties.

The irritative effects of dust on airways of the human body relate to the physical and chemical properties of the dust as well as to particulate size. The chemical composition and mineralogy of the ash have been described.[7-9] Episodes of air pollution due to fossil fuel combustion differ from those due to volcanic eruptions in particulate matter and in the presence of other pollutants, therefore, ambient air quality standards set for industrial emissions may not apply to volcanic ash, which more closely resemble crustal-derived particulates. Our findings, however, may be generalized to volcanic eruptions in other parts of the world if the ash is of similar particle size and composition, though human exposure may differ, depending upon the adequacy of housing and the availability of respiratory protection.

We conclude that volcanic ash from the May 18 eruption of Mount St. Helens should not be regarded as merely an inert or a nuisance dust with no adverse health effects, but rather as dust capable of inducing or exacerbating acute respiratory problems in susceptible people, especially those with a history of respiratory illnesses. Studies by the Centers for Disease Control, National Institute for Occupational Safety and Health, also point to a potential pneumoconiosis hazard in certain heavily exposed occupational groups with prolonged exposure,[2] especially if future major eruptions cause repeated exposures in the area.[1] Preventive measures to reduce human exposure to volcanic ash should, therefore, be an integral part of emergency planning in the event of explosive volcanic eruptions, with special measures recommended for individuals (particularly children) with a history of asthma or other respiratory problems.

\* \* \* \* \* \* \* \* \*

We thank the following people for their collaboration: Jack Allard, Ph.D., of the Washington State Department of Social and Health Services; the staff of the Yakima County Health Department (especially Robert Attwood, M.D., William Nighswonger, and Linda Tople); the administrative and records staff of the Saint Elizabeth and Valley Memorial Hospitals, Yakima; the Washington Lung Association; and the local physicians for consent to interview their patients. We also thank John Ray, Stephen Von Allmen, Patricia Weiss, and Nancy Hicks for conducting interviews; Barbara Jones and Mary Boyd for coding data; and Lloyd E. Stettler, Ph.D., who kindly provided the photograph.

Use of trade names is for identification only and does not constitute endorsement by the Public Health Service or by the U.S. Department of Health and Human Services.

Submitted for publication February 7, 1983; accepted for publication March 7, 1983.

Requests for reprints should be sent to: Peter J. Baxter, M.D., Health and Safety Executive, Employment Medical Advisory Service, Maritime House, 1 Linton Road, Barking, Essex, England.

\* \* \* \* \* \* \* \* \*

### REFERENCES

1. Baxter, P. J.; Ing, R.; Falk, H. et al. 1981. Mount St. Helens eruptions May 18–June 12, 1980: An overview of the acute health impact. *JAMA* 246: 2585–89.
2. Centers for Disease Control. 1980. Mount St. Helens Volcano Health Reports, Nos. 1–23. Atlanta, GA: Centers for Disease Control.
3. Green, F. H. Y.; Vallyathan, V.; Mentnech, M. S. et al. 1981. Is volcanic ash a pneumoconiosis risk? *Nature* 293: 216–17.
4. Armitage, P. 1971. Statistical methods in medical research, pp. 126–29. Oxford, England: Blackwell Scientific Publications.
5. Thomas, D. G. 1975. Exact and asymptotic methods for the combination of 2 × 2 tables. *Computers Biomedical Res* 8: 423–46.
6. Washington State Department of Ecology. 1980. Washington State Air Monitoring Data for 1979. Olympia, WA: Office of Air Programs.
7. Fruchter, J. S.; Robertson, D. E.; Evans, J. C. et al. 1980. Mount St. Helens ash from the May 18, 1980 eruption: Chemical, physical, mineralogical, and biological properties. *Science* 209: 1116–25.
8. Taylor, H. E., and Lichte, F. E. 1980. Chemical composition of Mount St. Helens volcanic ash. *Geophy Res Letters* 7: 949–52.
9. Pereira, W. E.; Rostad, C. E.; and Taylor, H. E. 1980. Mount St. Helens, Washington, 1980 volcanic eruption: Characterization of organic compounds in ash samples. *Geophy Res Letters* 7: 953–54.