# EXHIBIT "C"

# EXHIBIT C

## Monitor Values Report

**Geographic Area:** Chico, CA
**Pollutant:** PM2.5
**Year:** 2018
**Exceptional Events:** Included (if any)

Note: The * indicates the mean does not satisfy minimum data completeness criteria.

| Obs | First Max | Second Max | Third Max | Fourth Max | 98th Percentile | Weighted Annual Mean | Exc Events | Monitor Number | Site ID | Address | City | County | State | EPA Region |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 346 | 411.7 | 299.9 | 197 | 192.5 | 61 | 13.7 | None | 1 | 060070008 | 984 East Avenue, Chico | Chico | Butte | CA | 09 |

Get detailed information about this report, including column descriptions, at https://www.epa.gov/outdoor-air-quality-data/about-air-data-reports#mon

AirData reports are produced from a direct query of the AQS Data Mart. The data represent the best and most recent information available to EPA from state agencies. However, some values may be absent due to incomplete reporting, and some values may change due to quality assurance activities. The AQS database is updated by state, local, and tribal organizations who own and submit the data.

Readers are cautioned not to rank order geographic areas based on AirData reports. Air pollution levels measured at a particular monitoring site are not necessarily representative of the air quality for an entire county or urban area.

This report is based on monitor-level summary statistics. Air quality standards for some pollutants (PM2.5 and Pb) allow for combining data from multiple monitors into a site-level summary statistic that can be compared to the standard. In those cases, the site-level statistics may differ from the monitor-level statistics upon which this report is based.

Source: U.S. EPA AirData <https://www.epa.gov/air-data>
Generated:   July 28, 2020

An official website of the United States government.

We've made some changes to EPA.gov. If the information you are looking for is not here, you may be able to find it on the EPA Web Archive or the January 19, 2017 Web Snapshot.

Close



# Air Data - Concentration Plot

## Use of AirNow Data

This plot provides ozone and PM$_{2.5}$ data from AirNow for recent days that are not available from AQS. AQS data, as it becomes available, replaces any AirNow data. The AirNow data are not fully verified and validated through the quality assurance procedures monitoring organizations use to officially submit and certify data on the EPA AQS (Air Quality System) and, therefore, cannot be used to formulate or support regulation, guidance or any other Agency decision or position.

This tool displays daily air quality summary statistics for the criteria pollutants by monitor. You can plot all monitors in a city or county, or you can select a specific monitor.

1. Pollutant

   PM2.5

2. Period

   from  2018  to  2018  (maximum 25 years)

3. Geographic Area

   Chico, CA

   -- or --

   Select a County ...

4. Monitor Site









The following data link is active for the next 10 minutes, after which you must resubmit your query.
Download CSV (spreadsheet)

LAST UPDATED ON NOVEMBER 30, 2018