UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM ARMSTRONG, GLORIA ATKINS,
JAMES BROOKS, CLOVER COFFIE, DEBRA
JONES, SHANTE LEGRAND, DONALD
MCLEAN, ROBERT REIMBOLD, ELIJAH
SMITH, and LINDA WELCHER, each individually
and on behalf of all others similarly situated;

      Plaintiffs,

vs.

UNITED STATES SUGAR CORPORATION,
a Delaware corporation; SUGAR CANE
GROWERS COOPERATIVE OF FLORIDA,
a Florida not for profit corporation; FLORIDA
CRYSTALS CORPORATION, a Delaware
corporation; OKEELANTA CORPORATION,
a Delaware corporation; OSCEOLA FARMS CO.,
a Florida corporation; SUGARLAND HARVESTING
CO., a Florida not for profit corporation;
TRUCANE SUGAR CORPORATION,
a Florida corporation; INDEPENDENT
HARVESTING, INC., a Florida corporation; and
J & J AG PRODUCTS, INC., a Florida corporation;

      Defendants

Case No. 19-cv-80730-RS

CLASS ACTION

Hon. Rodney Smith

**DEFENDANT TRUCANE SUGAR CORPORATION'S NOTICE OF JOINDER OF DEFENDANTS UNITED STATES SUGAR CORPORATION, INDEPENDENT HARVESTING, INC., SUGARLAND HARVESTING CO., AND J&J AG PRODUCTS, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED CLASS ACTION COMPLAINT (D.E.145)**

COMES NOW, Defendant TRUCANE SUGAR CORPORATION, by and through their undersigned counsel, hereby give Notice and joins in Defendants United States Sugar Corporation, Independent Harvesting, Inc., Sugarland Harvesting Co., and J&J Ag Products, Inc.'s Response to Plaintiffs' Motion for Leave to File Third Amended Class Action Complaint (D.E. 145), which was filed on August 31, 2020.

        Respectfully submitted,

        LYDECKER DIAZ
        *Counsel for Defendant*
        *Trucane Sugar Corporation*
        1221 Brickell Avenue, 19th Floor
        Miami, Florida 33131
        Telephone: (305) 416-3180
        Facsimile: (305) 416-3190

        BY:    */s/ Mark Hendricks*
                  MARK A. HENDRICKS, ESQ.
                  Florida Bar No. 768146
                  Email: *mah@lydeckerdiaz.com*
                        *ih@lydeckerdiaz.com*
                  FORREST L. ANDREWS, ESQ.
                  Florida Bar No.: 17782
                  Email*: fla@lydeckerdiaz.com*
                        *adl@lydeckerdiaz.com*

1221 Brickell Avenue · 19th Floor · Miami · Florida 33131 · (305) 416-3180

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2020, a true copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, and copies of the foregoing were served via Court's CM/ECF upon parties and counsel of record listed therein and on below Service List.

       /s/ Mark A. Hendricks
       MARK A. HENDRICKS
       Florida Bar No. 768146

## SERVICE LIST

Joseph Schulz, Esq.
Matthew T. Moore, Esq.
Zachary West, Esq.
THE BERMAN LAW GROUP
Post Office Box 272789
Boca Raton, FL 33427
Ph: (561) 826-5200
Fax: (561) 826-5201
E-mail: service@thebermanlawgroup.com
       mmoore@thebermanlawgroup.com
       zwest@thebermanlawgroup.com

Steve W. Berman (admitted pro hac vice) Ted Wojcik (admitted pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
E-mail: steve@hbsslaw.com
tedw@hbsslaw.com
*Counsel for Plaintiffs*

David J. Abbey, Esq.
Jennifer J. Kennedy, Esq.
ABBEY, ADAMS, BYELICK & MUELLER, LLP
360 Central Avenue, 11th Floor
St. Petersburg, FL 33711
Ph.: (727) 821-2080
Fax: (727) 822-3970
E-mail: servicedabbey@abbeyadams.com
       servicejkennedy@abbeyadams.com
       jkennedy@abbeyadams.com
*Counsel for Sugar Cane Growers Cooperative of Florida*

Jennifer A. McLoone, Esq.
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 S. Biscayne Blvd.
Miami, FL 33131
Ph: (305) 358-5171
Fax: (305) 358-7470
E-mail: jmcloone@shb.com
*Counsel for Florida Crystals Corporation,*
*Flo-Sun Incorporated, American Sugar*
*Refining, Inc., Okeelanta Corporation*
*and Osceola Farms*

Brian M. McPherson, Esq.
Gregor J. Schwinghammer, Jr., Esq.
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, Florida 33401
Ph: (561) 833-1970
Fax: (561) 655-5677
E-mail: bmcpherson@gunster.com
      gschwinghammer@gunster.com
      eservice@gunster.com
      jhoppel@gunster.com
*Counsel for US Sugar Corporation*

Andrew S. Connell, Jr., Esq.
LITCHFIELD CAVO, LLP
600 Corporate Drive, Suite 600
Ft. Lauderdale, FL 33334
Tel: 954-689-3000
Fax: 954-689-3001
E-mail: Connell@litchfieldcavo.com
deatley@litchfieldcavo.com
*Counsel for J & J Ag Products, Inc.*

Mark D. Anstoetter, Esq. *(Pro Hac Vice)*
David Brent Dwerlkotte, Esq. (*Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Ph: (816) 474 6550
Fax: (816) 421-5547
E-mail: manstoetter@shb.com
      dbwerlkotte@shb.com
*Co-Counsel for Florida Crystals Corporation,*
*Flo-Sun Incorporated, American Sugar*
*Refining, Inc., Okeelanta Corporation*
*and Osceola Farms*

Mark R. Ter Molen, Esq. *(Pro Hac Vice)*
Timothy S. Bishop, Esq. *(Pro Hac Vice)*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Ph: (312) 782-0600
E-mail: MTerMolen@mayerbrown.com
      tbishop@mayerbrown.com
*Co-Counsel for US Sugar Corporation*