# EXHIBIT B




DEP Home | About DEP | Programs | Contact | Site Map | Search

**Programs**
» Air Home
» Florida's Air Quality
» Public Notices

**Assistance**
» Site Map
» Glossary (EPA)
» Contact Us



Unless indicated, documents on this Web site are Adobe Acrobat files, and require the free reader software.

 **Air Quality Monitoring**
**Highest Readings by Year**

Air Resource Management

Ad Hoc Reporting
Data on this page are updated daily when complete data are received.

It is important to note that the ozone monitoring data less than three months old viewed on this website have generally not been verified and checked for quality assurance in accordance with federal requirements.

More Details about: Belle Glade
Ad Hoc Reporting

**AQS # L099-0008**
**Belle Glade**

## 10 Highest Daily Averages for Year 2019

**PM 2.5 Averages**

PM 2.5 data below are shown in Micrograms Per Cubic Meter (mg/m³)

| Date | Daily Average |
|---|---|
| JUN-25 | 32 |
| JUN-24 | 24.6 |
| JUN-22 | 22.8 |
| JUN-21 | 20.3 |
| JUN-12 | 19.7 |
| JUN-23 | 19.5 |
| JUL-14 | 16.7 |
| JUL-13 | 15 |
| MAR-5 | 14.4 |
| JUL-15 | 13.5 |

## 10 Highest Daily Averages for Year 2018

**PM 2.5 Averages**

PM 2.5 data below are shown in Micrograms Per Cubic Meter (mg/m³)

| Date | Daily Average |
|---|---|
| MAR-6 | 23.7 |
| MAR-20 | 19.2 |
| AUG-9 | 18.9 |
| AUG-8 | 17.6 |
| JUL-20 | 15.4 |
| JUL-26 | 14.5 |
| AUG-10 | 14.2 |
| JUL-22 | 14.1 |
| MAR-15 | 13.8 |
| MAR-19 | 13.8 |

## 10 Highest Daily Averages for Year 2017

**PM 2.5 Averages**

PM 2.5 data below are shown in Micrograms Per Cubic Meter (mg/m³)

| Date | Daily Average |
|---|---|
| MAY-29 | 30.1 |
| OCT-22 | 23.7 |
| JAN-23 | 19.9 |
| SEP-20 | 19.9 |
| SEP-17 | 19.9 |
| MAY-30 | 19.6 |
| MAY-24 | 19.3 |
| FEB-17 | 19.2 |
| SEP-18 | 18.4 |
| JAN-1 | 18.3 |

## 10 Highest Daily Averages for Year 2016

### PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter (mg/m$^3$)

| Date | Daily Average |
| --- | --- |
| MAR-7 | 23.7 |
| APR-20 | 21.2 |
| APR-21 | 20.5 |
| MAY-3 | 20.1 |
| NOV-12 | 19.3 |
| NOV-17 | 19 |
| APR-29 | 18.8 |
| NOV-19 | 17.9 |
| APR-19 | 17.8 |
| APR-22 | 17.7 |

## 10 Highest Daily Averages for Year 2015

### PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter (mg/m$^3$)

| Date | Daily Average |
| --- | --- |
| JUL-5 | 22.9 |
| MAR-20 | 21.7 |
| OCT-31 | 19 |
| MAR-19 | 18.7 |
| APR-26 | 18.7 |
| MAR-21 | 18.4 |
| JUL-2 | 17.3 |
| MAR-18 | 17.2 |
| NOV-14 | 14.8 |
| JUL-3 | 14.6 |

## 10 Highest Daily Averages for Year 2014

### PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter (mg/m$^3$)

| Date | Daily Average |
| --- | --- |
| AUG-18 | 23 |
| JUN-10 | 19.8 |
| JUN-24 | 19.5 |
| MAY-24 | 18.8 |
| APR-3 | 18.6 |
| AUG-19 | 18.2 |
| JUN-23 | 17.9 |
| MAY-25 | 17.6 |
| NOV-14 | 16.8 |
| AUG-31 | 15.7 |

Federal Air Quality Standard
Go To Top

Last updated: March 02, 2017

FDEP Accessibility Policy Statement
Copyright copyright symbol 2017 State of Florida
Disclaimer
Privacy Statement

2600 Blair Stone Road, M.S. 5500   Tallahassee, Florida 32399-2400   850-717-9000 (phone) / 850-717-9001 (fax)
Accessibility Statement   Privacy Statement

DEP Home | About DEP | Contact Us | Search | Site Map