**EXHIBIT E**



## Florida Department of Environmental Protection



DEP Home | About DEP | Programs | Contact | Site Map | S

**Programs**
» Air Home
» Florida's Air Quality
» Public Notices

**Assistance**
» Site Map
» Glossary (EPA) ⧉
» Contact Us


Get ADOBE® READER®

Unless indicated, documents on this Web site are Adobe Acrobat files, and require the free reader software.

### Air Quality Monitoring
**Highest Readings by Year**

| Air Resource Management |
|---|

Ad Hoc Reporting

Data on this page are updated daily when complete data are received.

It is important to note that the ozone monitoring data less than three months old viewed on this website have generally not been verified and checked for quality assurance in accordance with federal requirements.

More Details about: Lamstein Lane
Ad Hoc Reporting

### AQS # L099-0022
### Lamstein Lane

### 10 Highest Daily Averages for Year 2020

**PM 2.5 Averages**

PM 2.5 data below are shown in Micrograms Per Cubic Meter ($\mu g/m^3$)

| Date | Daily Average |
|---|---|
| JUL-5 | 31.8 |
| SEP-4 | 28.3 |
| JUL-10 | 26.5 |
| SEP-5 | 24.5 |
| JUL-9 | 21.5 |
| APR-13 | 21.2 |
| JUN-30 | 21 |
| SEP-3 | 20.8 |
| JAN-1 | 20.5 |
| JUL-4 | 20.1 |

### 10 Highest Daily Averages for Year 2019

**PM 2.5 Averages**

PM 2.5 data below are shown in Micrograms Per Cubic Meter ($\mu g/m^3$)

| Date | Daily Average |
|---|---|
| JUN-25 | 28 |
| JUN-24 | 22.7 |
| JUN-22 | 20.1 |
| JUN-26 | 19.8 |
| JUL-14 | 19.6 |
| JUL-13 | 18.6 |
| JUN-21 | 18.4 |
| MAR-5 | 18 |
| AUG-18 | 17.2 |
| NOV-28 | 17 |

Federal Air Quality Standard
Go To Top

Last updated: March 02, 2017


FDEP Accessibility Policy Statement
Copyright
copyright symbol
2017 State of Florida
Disclaimer
Privacy Statement

2600 Blair Stone Road, M.S. 5500   Tallahassee, Florida 32399-2400   850-717-9000 (phone) / 850-717-9001 (fax)
Accessibility Statement   Privacy Statement

DEP Home | About DEP | Contact Us | Search | Site Map