**EXHIBIT F**



# Florida Department of Environmental Protection

| DEP Home | About DEP | Programs | Contact | Site Map |

**Programs**
- Air Home
- Florida's Air Quality
- Public Notices

**Assistance**
- Site Map
- Glossary (EPA)
- Contact Us



Unless indicated, documents on this Web site are Adobe Acrobat files, and require the free reader software.



## Air Quality Monitoring
### Highest Readings by Year

Air Resource Management

Ad Hoc Reporting

Data on this page are updated daily when complete data are received.

It is important to note that the ozone monitoring data less than three months old viewed on this website have generally not been verified and checked for quality assurance in accordance with federal requirements.

More Details about: Fort Lauderdale Near Road

Ad Hoc Reporting

**AQS # L011-0035**
**Fort Lauderdale Near Road**

### 10 Highest Daily Averages for Year 2018

PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter ($\mu g/m^3$)

| Date | Daily Average |
|---|---|
| JUL-5 | 29 |
| JUL-4 | 25.1 |
| AUG-8 | 23.2 |
| AUG-9 | 21.1 |
| JUL-6 | 19.4 |
| JUL-26 | 19.4 |
| SEP-25 | 18.2 |
| MAR-20 | 18.1 |
| JUL-17 | 17.9 |
| JUL-25 | 17.2 |

### 10 Highest Daily Averages for Year 2017

PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter ($\mu g/m^3$)

| Date | Daily Average |
|---|---|
| OCT-22 | 28.9 |
| MAY-29 | 27.1 |
| SEP-30 | 24.8 |
| JUL-22 | 23.8 |
| MAY-25 | 22.6 |
| SEP-20 | 22.2 |
| AUG-3 | 22.1 |
| APR-6 | 20.9 |
| AUG-4 | 20.5 |
| DEC-15 | 20.4 |

### 10 Highest Daily Averages for Year 2016

PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter ($\mu g/m^3$)

| Date | Daily Average |
|---|---|
| NOV-11 | 20.3 |
| NOV-17 | 20.3 |
| JUL-5 | 20.1 |
| JUN-6 | 20 |
| AUG-2 | 18.7 |
| NOV-12 | 18.4 |

| Date | Daily Average |
|---|---|
| AUG-1 | 18.1 |
| JUL-4 | 17.8 |
| SEP-1 | 17.3 |
| DEC-8 | 16.2 |

## 10 Highest Daily Averages for Year 2015

*PM 2.5 Averages*

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m$^3$)

| Date | Daily Average |
|---|---|
| JUL-1 | * |
| JUL-2 | * |
| JUL-3 | * |
| JUL-4 | * |
| JUL-5 | * |
| JUL-6 | * |
| JUL-7 | * |
| JUL-8 | * |
| JUL-9 | * |
| JUL-10 | * |

## 10 Highest Daily Averages for Year 2014

*PM 2.5 Averages*

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m$^3$)

This site did not monitor PM 2.5 during 2014

Federal Air Quality Standard
Go To Top

More Details about: Laurel Oak Elementary
Ad Hoc Reporting

**AQS # E021-0004**
**Laurel Oak Elementary**

## 10 Highest Daily Averages for Year 2018

*PM 2.5 Averages*

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m$^3$)

| Date | Daily Average |
|---|---|
| MAY-12 | 22.2 |
| JAN-1 | 21.8 |
| JUL-22 | 21.2 |
| MAR-25 | 20.7 |
| AUG-9 | 20 |
| MAR-19 | 18.3 |
| JUL-21 | 17.6 |
| AUG-10 | 17.4 |
| MAR-29 | 16.9 |
| JUL-8 | 16.3 |

## 10 Highest Daily Averages for Year 2017

*PM 2.5 Averages*

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m$^3$)

| Date | Daily Average |
|---|---|
| MAY-20 | 20.2 |
| AUG-4 | 19.3 |
| AUG-3 | 16.2 |
| FEB-18 | 16.1 |
| APR-5 | 16.1 |
| APR-4 | 15.7 |

| Date | Daily Average |
|---|---|
| APR-22 | 15.3 |
| MAR-10 | 15.2 |
| DEC-31 | 15.2 |
| APR-16 | 14.6 |

## 10 Highest Daily Averages for Year 2016

PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter ($\mu g/m^3$)

| Date | Daily Average |
|---|---|
| JUN-6 | 18.1 |
| NOV-17 | 17.2 |
| JUL-6 | 16.4 |
| JUN-5 | 15.6 |
| NOV-12 | 15.6 |
| NOV-19 | 15.4 |
| SEP-1 | 15.2 |
| NOV-18 | 15.2 |
| NOV-15 | 14.7 |
| APR-2 | 13.9 |

## 10 Highest Daily Averages for Year 2015

PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter ($\mu g/m^3$)

| Date | Daily Average |
|---|---|
| APR-26 | 23 |
| JUL-1 | 19.7 |
| MAY-19 | 19.4 |
| AUG-5 | 18.9 |
| AUG-3 | 18.6 |
| APR-27 | 17.7 |
| JUL-2 | 17.4 |
| AUG-1 | 17.2 |
| AUG-2 | 17 |
| AUG-6 | 17 |

## 10 Highest Daily Averages for Year 2014

PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter ($\mu g/m^3$)

| Date | Daily Average |
|---|---|
| JUN-23 | 24.3 |
| AUG-18 | 23.4 |
| JUN-24 | 20.6 |
| JUN-21 | 19.8 |
| JUL-2 | 19.3 |
| JUN-22 | 19 |
| AUG-19 | 18.9 |
| JUN-26 | 18.4 |
| AUG-17 | 18.2 |
| JUN-25 | 16.6 |

Federal Air Quality Standard
Go To Top

More Details about: Winkler Pump Station
Ad Hoc Reporting

**AQS # E071-0005**
**Winkler Pump Station**

## 10 Highest Daily Averages for Year 2018

#### PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m³)

| Date | Daily Average |
|---|---|
| APR-18 | 37.4 |
| MAY-12 | 23.5 |
| JAN-18 | 18 |
| APR-21 | 17.8 |
| JUL-22 | 17.1 |
| APR-29 | 15.7 |
| MAR-10 | 15.4 |
| APR-30 | 15.4 |
| APR-19 | 15.4 |
| MAY-5 | 15.3 |

## 10 Highest Daily Averages for Year 2017

#### PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m³)

| Date | Daily Average |
|---|---|
| NOV-18 | 17 |
| OCT-22 | 15.1 |
| OCT-23 | 12.7 |
| AUG-29 | 10.6 |
| AUG-30 | 10 |
| NOV-27 | 9.5 |
| NOV-17 | 9.4 |
| AUG-21 | 9.3 |
| NOV-16 | 9.1 |
| NOV-25 | 9 |

## 10 Highest Daily Averages for Year 2016

#### PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m³)

This site did not monitor PM 2.5 during 2016

## 10 Highest Daily Averages for Year 2015

#### PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m³)

This site did not monitor PM 2.5 during 2015

## 10 Highest Daily Averages for Year 2014

#### PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m³)

This site did not monitor PM 2.5 during 2014

Federal Air Quality Standard
Go To Top

More Details about: Stuart
Ad Hoc Reporting

**AQS # F085-0007**
**Stuart**

## 10 Highest Daily Averages for Year 2018

#### PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m³)

| Date | Daily Average |
|---|---|
| MAR-20 | 19 |
| AUG-8 | 17.5 |
| JAN-1 | 16.9 |
| JUL-26 | 16.8 |
| JUL-5 | 15.9 |
| MAR-25 | 15.8 |
| JUL-4 | 15.3 |
| MAR-15 | 15 |
| JUL-6 | 14.9 |
| AUG-9 | 14.8 |

## 10 Highest Daily Averages for Year 2017

[PM 2.5 Averages](#)

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m$^3$)

| Date | Daily Average |
|---|---|
| OCT-22 | 29.2 |
| OCT-23 | 24.3 |
| AUG-4 | 21.7 |
| MAY-20 | 19 |
| MAY-19 | 18.7 |
| SEP-30 | 16.5 |
| MAY-30 | 16 |
| AUG-3 | 15.7 |
| OCT-1 | 15.7 |
| MAY-29 | 15.6 |

## 10 Highest Daily Averages for Year 2016

[PM 2.5 Averages](#)

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m$^3$)

| Date | Daily Average |
|---|---|
| NOV-19 | 16.7 |
| NOV-12 | 16.5 |
| JUL-5 | 15.2 |
| JUL-4 | 15.1 |
| JUN-6 | 14.8 |
| AUG-1 | 14.6 |
| SEP-1 | 14.5 |
| NOV-17 | 14.5 |
| AUG-2 | 14.3 |
| NOV-16 | 14 |

## 10 Highest Daily Averages for Year 2015

[PM 2.5 Averages](#)

PM 2.5 data below are shown in Micrograms Per Cubic Meter (μg/m$^3$)

| Date | Daily Average |
|---|---|
| MAY-10 | 23.5 |
| JUN-27 | 21.8 |
| APR-26 | 20.6 |
| MAR-20 | 20.4 |
| JUL-2 | 18.4 |
| FEB-19 | 18.2 |
| JUL-1 | 18 |
| AUG-6 | 17.1 |
| MAR-21 | 16.7 |
| JUL-8 | 16.5 |

## 10 Highest Daily Averages for Year 2014

## PM 2.5 Averages

PM 2.5 data below are shown in Micrograms Per Cubic Meter ($\mu g/m^3$)

| Date | Daily Average |
|---|---|
| JUN-24 | 26.4 |
| AUG-18 | 25.9 |
| AUG-19 | 21.7 |
| AUG-17 | 19.4 |
| AUG-31 | 18.7 |
| JUN-9 | 17.9 |
| JUN-25 | 16.8 |
| MAY-23 | 16.7 |
| JUL-3 | 15.7 |
| AUG-30 | 15.1 |

Federal Air Quality Standard
Go To Top

Last updated: March 02, 2017

FDEP Accessibility Policy Statement
Copyright
2017 State of Florida
Disclaimer
Privacy Statement

2600 Blair Stone Road, M.S. 5500   Tallahassee, Florida 32399-2400   850-717-9000 (phone) / 850-717-9001 (fax)
Accessibility Statement   Privacy Statement

DEP Home | About DEP | Contact Us | Search | Site Map