**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-80730-RS-MM

| | |
|---|---|
| WILLIAM ARMSTRONG, GLORIA ATKINS, JAMES BROOKS, CLOVER COFFIE, DEBRA JONES, SHANTE LEGRAND, DONALD MCLEAN, ROBERT REIMBOLD, ELIJAH SMITH, and LINDA WILCHER, each individually and on behalf of all others similarly situated;<br><br>       Plaintiffs,<br><br>vs.<br><br>UNITED STATES SUGAR CORPORATION, a Delaware Corporation; SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, a Florida not for profit corporation; FLORIDA CRYSTALS CORPORATION, a Delaware corporation; OKEELANTA CORPORATION, a Delaware corporation; OSCEOLA FARMS, a Florida corporation; SUGARLAND HARVESTING CO., a Florida not for profit corporation, TRUCANE SUGAR CORPORATION, a Florida corporation; INDEPENDENT HARVESTING, INC., a Florida corporation; and J & J AG PRODUCTS, INC., a Florida corporation,<br><br>       Defendants. | |

**HAGENS BERMAN SOBOL SHAPIRO LLP'S UNOPPOSED MOTION TO**
**<u>WITHDRAW AS COUNSEL TO PLAINTIFFS</u>**

Steve W. Berman, Esq. and Ted Wojcik, Esq., and the law firm of Hagens Berman Sobol Shapiro LLP, move to withdraw as counsel of record on behalf of Plaintiffs. In support thereof, the undersigned states as follows:

-1-

1. Plaintiffs will continue to be represented by Matthew T. Moore, Zachary West, and Joseph Schulz of The Berman Law Group, 3351 NW Boca Raton Blvd, Boca Raton, Florida, 33431.

2. No party will be prejudiced or otherwise adversely affected by this withdrawal.

3. On January 28, 2022, Hagens Berman Sobol Shapiro LLP sent notice of its intention to withdraw as counsel to named plaintiffs in this action via certified mail, pursuant to Local Rule 11.1(d)(3)(A).[1]

4. On February 2 and 4, 2022, the Parties conferred pursuant to Local Rule 7.1(a)(3). Defendants do not oppose the instant motion on the condition that the subject withdrawal not unduly interfere with or impede: (1) any agreements between the Parties concerning Defendant Okeelanta's currently pending Motion to Compel (ECF No. 182, *et seq.*), specifically including but not limited to Plaintiffs' prior agreements and commitments to provide and make supplemental discovery responses and productions; and (2) any relief the Court may Order in response to Okeelanta's pending Motion to Compel.

WHEREFORE, Hagens Berman Sobol Shapiro LLP respectfully requests that this Court enter an order granting the Motion, authorizing Hagens Berman Sobol Shapiro LLP, and Steve W. Berman and Ted Wojcik, to withdraw as counsel of record to the Plaintiffs.

---

[1] These letters were successfully delivered to all but two plaintiffs, Elijah Smith and Shante Legrand. Hagens Berman subsequently sent additional notice of its intention to withdraw to Plaintiffs Smith and Legrand via UPS (signature required). These letters were delivered on February 9, 2022.

Dated:  February 9, 2022                        Respectfully Submitted

                                                      **HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Steve W. Berman*
     Steve W. Berman (admitted *pro hac vice*)
Ted Wojcik (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel:  (206) 623-7292
Fax:  (206) 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com

*Attorneys for Plaintiffs*

-4-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Withdraw as Counsel for Plaintiffs was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list.

                                              */s/ Matthew Moore*
                                               Matthew Moore, Esq.

**SERVICE LIST**

*Attorneys for Plaintiffs*
Matthew T. Moore, Esq.
Joseph C. Schultz, Esq.
Zachary West, Esq.
The Berman Law Group
PO Box 272789
Boca Raton, FL 33427
Tel: 561-826-5200
Fax: 561-826-5201
Primary Email:
service@thebermanlawgroup.com
Secondary Email:
mmoore@thebermanlawgroup.com;
jschulz@thebermanlawgroup.com;
zwest@thebermanlawgroup.com

Steve W. Berman, Esq.
Ted Wojcik, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLC
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206 623-0594
steve@hbsslaw.com
tedw@hbsslaw.com

*Attorneys for Defendant J &J Ag Products, Inc. Andrew S. Connell, Jr., Esq.*
Litchfield Cavo LLP
600 Corporate Drive, Suite 600
Ft. Lauderdale, FL 33334
Tel: 954-689-3000
Fax: 954-689-3001
Connell@litchfieldcavo.com
deatley@litchfieldcavo.com

*Attorneys for Defendant Sugar Cane Growers Cooperative of Florida*
Jennifer J. Kennedy, Esq.
Abbey, Adams, Byelick & Mueller, LLP
360 Central Avenue, 11th Floor
St. Petersburg, FL 33711
T: 727-821-2080
F: 727-822-3970
jkennedy@abbeyadams.com
ServiceJKennedy@AbbeyAdams.com

David J. Abbey, Esq.
Abbey, Adams, Byelick & Mueller, LLP
3201 US Highway 19 South, 9th Floor
St. Petersburg, FL 33711
T: 727-821-2080
servicedabbey@abbeyadams.com
*Pro Hac Vice*

***Attorneys for Defendants United States Sugar Corporation, Sugarland Harvesting Co., and Independent Harvesting, Inc.***
Brian M. McPherson, Esq.
Gregor J. Schwinghammer, Jr., Esq.
Gunster, Yoakley & Stewart, PA
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
T: 561-655-1980
F: 561-655-5677
Primary Email: bmcpherson@gunster.com;
gschwinghammer@gunster.com;
Secondary Emails: eservice@gunster.com;
jhoppel@gunster.com

Mark R. Ter Molen, Esq.
Timothy S. Bishop, Esq.
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606
Ter Molen – T: 312-701-7307
Bishop – T: 312-701-7829
mtermolen@mayerbrown.com;
tbishop@mayerbrown.com
*Pro Hac Vice*

***Attorneys for Defendants Florida Crystals Corporation, Flo Sun Incorporated, American Sugar Refining, Inc., Okeelanta Corporation, and Osceola Farms***
Jennifer Ann McLoone, Esq.
Shook, Hardy & Bacon, LLP
201 South Biscayne Blvd., Suite 3200
Miami, FL 33131
T: 305-358-5171
F: 305-358-7470
jmcloone@shb.com

David Brent Dwerlkotte, Esq.
Mark D. Anstoetter, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
T: 816-474-6550
dbdwerlkotte@shb.com;
manstoetter@shb.com
*Pro Hac Vice*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-80730-RS-MM

| | |
|---|---|
| WILLIAM ARMSTRONG, GLORIA ATKINS, JAMES BROOKS, CLOVER COFFIE, DEBRA JONES, SHANTE LEGRAND, DONALD MCLEAN, ROBERT REIMBOLD, ELIJAH SMITH, and LINDA WILCHER, each individually and on behalf of all others similarly situated;<br><br>                   Plaintiffs,<br><br>vs.<br><br>UNITED STATES SUGAR CORPORATION, a Delaware Corporation; SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, a Florida not for profit corporation; FLORIDA CRYSTALS CORPORATION, a Delaware corporation; OKEELANTA CORPORATION, a Delaware corporation; OSCEOLA FARMS, a Florida corporation; SUGARLAND HARVESTING CO., a Florida not for profit corporation, TRUCANE SUGAR CORPORATION, a Florida corporation; INDEPENDENT HARVESTING, INC., a Florida corporation; and J & J AG PRODUCTS, INC., a Florida corporation,<br><br>                   Defendants. | |

### [PROPOSED] ORDER GRANTING HAGENS BERMAN SOBOL SHAPIRO LLP'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFFS

THIS MATTER comes before the Court on Hagens Berman Sobol Shapiro's Unopposed Motion to Withdraw as Counsel for Plaintiffs ("Motion"). This Court having reviewed the Motion and good cause appearing, it is hereby

ORDERED AND ADJUDGED that:

-1-

-2-

1. The Motion is granted and Steve W. Berman and Ted Wojcik, and the law firm Hagens Berman Sobol Shapiro LLP, are hereby permitted to withdraw as counsel for the Plaintiffs and shall have no further obligation in this case.

2. Attorneys Matthew T. Moore, Zachary West, and Joseph Schulz of The Berman Law Group shall continue as counsel for the Plaintiffs in this case.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____, 2022.

_____
Rodney Smith
United States District Judge

Copies furnished to: All Counsel of Record