UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No.: 19-cv-80730-SMITH/MATTHEWMAN

WILLIAM ARMSTRONG, *et al.*,

    Plaintiffs,

vs.

UNITED STATES SUGAR CORP., *et al.*,

    Defendant.

_____/

FILED BY KJZ D.C.
Feb 10, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT OKEELANTA CORPORATION'S MOTION TO COMPEL [DE 182]

**THIS CAUSE** is before the Court upon Defendant, Okeelanta Corporation's ("Defendant") Motion to Compel ("Motion") [DE 182]. This matter was referred to the undersigned United States Magistrate Judge by the Honorable Rodney Smith, United States District Judge. [DE 172]. Plaintiffs, William Armstrong, Gloria Atkins, James Brooks, Clover Coffie, Debra Jones, Shante LeGrand, Donald Mclean, Robert Reibold, Elijah Smith, and Linda Wilcher ("Plaintiffs"), filed a response [DE 186], and Defendant filed a reply [DE 188]. The parties also filed a Joint Notice [DE 189], as required. The Court held a hearing on the Motion via Zoom video teleconference on February 10, 2022.

The Court has carefully considered the relevant law, the Motion, response, and reply, the discovery requests and responses, the arguments of counsel for the parties at the discovery hearing, and the Joint Notice [DE 189], as well the entire docket in this case. Based on the foregoing, and

1

as stated in open court, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Compel [DE 182] is **GRANTED IN PART AND DENIED IN PART**, as stated below.

2. The parties' agreements detailed in Section IA. of the Joint Notice [DE 189] and the parties' agreement regarding communications with banks and lenders (as discussed at the February 10, 2022 hearing) are ADOPTED by the Court. Plaintiffs are ORDERED to produce the supplemental information and documents on or before **February 17, 2022**. The Court retains jurisdiction to enforce the parties' agreements.

3. The Motion is DENIED to the extent Defendant seeks Plaintiffs' mental health conditions/providers. Production of the mental health information would unnecessarily invade Plaintiffs' privacy, and the information is not relevant or proportional to the claims and defenses in this case pursuant to Federal Rule of Civil Procedure 26(b)(1) at this juncture. However, this denial is without prejudice to Defendant filing a renewed motion seeking the mental health records if additional discovery uncovers a less speculative reason for requiring production of the information.

4. The Motion is GRANTED to the extent that Defendant seeks discovery regarding the identities of non-parties who Plaintiffs claim have lung cancer in the class area (Interrogatory No. 4). Plaintiffs shall produce this information on or before **February 17, 2022**. The parties are required to confer in an attempt to craft a strategy for use of the information that will not unnecessarily interfere with the privacy rights of the non-parties.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 10th day of February, 2022.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge