UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM ARMSTRONG, GLORIA ATKINS, JAMES BROOKS, CLOVER COFFIE, DEBRA JONES, SHANTE LEGRAND, DONALD MCLEAN, ROBERT REIMBOLD, ELIJAH SMITH, and LINDA WILCHER, each individually and on behalf of all others similarly situated;<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES SUGAR CORPORATION, a Delaware corporation; SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, a Florida not for profit corporation; FLORIDA CRYSTALS CORPORATION, a Delaware corporation; OKEELANTA CORPORATION, a Delaware corporation; OSCEOLA FARMS CO., a Florida corporation; SUGARLAND HARVESTING CO., a Florida not for profit corporation; TRUCANE SUGAR CORPORATION, a Florida corporation; INDEPENDENT HARVESTING, INC., a Florida corporation; and J & J AG PRODUCTS, INC., a Florida corporation,<br><br>       Defendants. | Case No. 9:19-cv-80730-RS-MM |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed with prejudice as to the Defendants, with each party to bear its own attorney's fees and costs.

[SIGNATURES APPEAR ON FOLLOWING PAGES]

| | |
|---|---|
| Dated: February 25, 2022 | Respectfully submitted, |
| /s/  Matthew T. Moore<br>Matthew T. Moore, Esq.<br>Joseph C. Schultz, Esq.<br>Zachary West, Esq.<br>THE BERMAN LAW GROUP<br>PO Box 272789<br>Boca Raton, FL 33427<br>Tel: 561-826-5200<br>Fax: 561-826-5201<br>Primary Email:<br>service@thebermanlawgroup.com<br>Secondary Email:<br>mmoore@thebermanlawgroup.com;<br>jschulz@thebermanlawgroup.com;<br>zwest@thebermanlawgroup.com<br><br>***Attorneys for Plaintiffs***<br><br>/s/  Andrew S. Connell, Jr.<br>Andrew S. Connell, Jr.,<br>Florida Bar No. 038430<br>LITCHFIELD CAVO, LLP<br>600 Corporate Drive Suite 600<br>Ft. Lauderdale, Florida 33334<br>Telephone: 954/689-3000<br>Facsimile: 954/689-3001<br>connell@litchfieldcavo.com<br><br>***Attorneys for J & J Ag Products, Inc.*** | /s/  Mark D. Anstoetter<br>Jennifer A. McLoone, Esq.<br>Florida Bar No. 29234<br>SHOOK, HARDY & BACON L.L.P.<br>Citigroup Center, Suite 3200<br>201 S. Biscayne Blvd.<br>Miami, Florida 33131<br>Ph: (305) 358-5171/Fax: (305) 358-7470<br>jmcloone@shb.com<br><br>Mark D. Anstoetter, Esq.<br>*(admitted  pro hac vice)*<br>David Brent Dwerlkotte, Esq.<br>(admitted  *pro hac vice*)<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Ph:   (816) 474 6550/Fax: (816) 421-5547<br>manstoetter@shb.com<br>dbwerlkotte@shb.com<br><br>Joseph P. Klock, Jr. Esq.<br>Florida Bar No. 156678<br>Gabriel E. Nieto, P.A.<br>Florida Bar No. 147559<br>RASCO KLOCK PEREZ NIETO PL<br>2555 Ponce de Leon Blvd., Suite 600<br>Coral Gables, Florida 333134<br>Ph:  (305) 467-711/Fax: (305) 675-7707<br>jklock@rascoklock.com<br><br>David S. Dee, Esq.<br>Florida Bar No. 281999<br>GARDNER, BIST, BOWDEN, BUSH, DEE, LAVIA & WRIGHT, P.A.<br>1300 Thomaswood Drive<br>Tallahassee, Florida 32308<br>Ph:  (850) 385-0070/Fax: (850) 385-5416<br>ddee@gbwlegal.com<br><br>***Attorneys for Florida Crystals Corporation, Okeelanta Corporation, and Osceola Farms*** |

| | |
|---|---|
| /s/ Mark R. Ter Molen<br>Gregor J. Schwinghammer, Jr., Esq.<br>Florida Bar No. 90158<br>Brian M. McPherson, Esq.<br>Florida Bar No. 735541<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>777 South Flagler Drive, Suite 500 East<br>West Palm Beach, Florida  33401<br>Ph:   (561) 833-1970<br>Fax:  (561) 655-5677<br>GSchwinghammer@gunster.com<br>eservice@gunster.com<br>jhoppel@gunster.com<br>bmcpherson@gunster.com<br><br>Eugene K. Pettis<br>Florida Bar No. 508454<br>HALICZER PETTIS & SCHWAMM PA<br>100 SE 3rd Avenue, 7th Floor<br>Ft. Lauderdale, Florida 33394<br>Ph:  (954) 523-9922<br>Fax:  (954) 522-2512<br>cmarr@hpslegal.com<br><br>Mark R. Ter Molen, Esq.<br>(admitted *pro hac vice*)<br>Timothy S. Bishop, Esq<br>(admitted *pro hac vice*)<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, Illinois  60606<br>Ph:  (312) 782-0600<br>MTerMolen@mayerbrown.com<br>tbishop@mayerbrown.com<br><br>***Attorneys for United States Sugar Corporation, Sugarland Harvesting Co., and Independent Harvesting, Inc.*** | /s/ Gary K. Hunter<br>Gary K. Hunter<br>Florida  Bar No. 949779<br>Gary V. Perko<br>Florida Bar No. 855898<br>Mohammad O. Jazil<br>Florida Bar No. 72556<br>HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC<br>119 South Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>Ph: (850) 270-5938<br>Fax: (850) 741-1023<br>gperko@holtzmanvogel.com<br>ghunter@holtzmanvogel.com<br>mjazil@hgslaw.com<br>MandyF@hgslaw.com<br><br>Jennifer J. Kennedy, Esq.<br>Florida Bar No. 517267<br>David J. Abbey<br>Florida Bar No. 228222<br>ABBEY, ADAMS, BYELICK & MUELLER, LLP<br>3201 U.S. Highway 19 South, 9th Floor<br>St. Petersburg, Florida 333711<br>Ph.: (727) 821-2080<br>Fax: (727) 822-3970<br>ServiceJKennedy@AbbeyAdams.com<br>dabbey@abbeyadams.com<br>jkennedy@abbeyadams.com<br><br>***Attorneys for Sugar Cane Growers Cooperative of Florida*** |

*/s/ Forest L. Andrews*
Mark A. Hendricks, Esq.
Florida Bar No. 768146
Forrest L. Andrews, Esq.
Florida Bar No.: 17782
LYDECKER DIAZ, LLC
1221 Brickell Avenue
19th Floor
Miami, FL 33131
Ph.: (305) 416-3180
Fax: (305) 416-3190
mah@lydeckerdiaz.com
fla@lydeckerdiaz.com

**Attorneys for Trucane Sugar Corporation**