UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80730-CV-SMITH

WILLIAM ARMSTRONG, *et al.*,

    Plaintiffs,

vs.

UNITED STATES SUGAR CORPORATION, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice [DE 194]. Accordingly, it is

**ORDERED** that:

1. This action is **DISMISSED with prejudice.**

2. All pending motions are denied as moot.

3. This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 25th day of February, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record